UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JONATHAN RICHIE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| Vs. | § | CIVIL ACTION NUMBER |
| | § | |
| **QUALITY CARRIERS, INC., et al.** | § | 1:24-cv-00218 |
| | § | |
| Defendants. | § | |

**DEFENDANT MICHAEL D. JENNINGS'S JOINDER IN
QUALITY CARRIERS, INC.'S MOTION TO STRIKE**

Defendant Michael Jennings joins defendant Quality Carriers, Inc.'s motion to strike plaintiff's prayer for prejudgment interest in his amended complaint and adopts Quality Carriers, Inc.'s arguments as if set forth herein in full.

DATED September 25, 2024.

/s/ *Steele Holman*
William Steele Holman, II ASB 6027 L49W

Speegle, Hoffman, Holman & Holifield, L.L.C.
5 Dauphin Street Suite 301
Post Office Box 11
Mobile, AL 36601
(251) 694-1700
sholman@speeglehoffman.com

Attorney for defendant Michael Jennings

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September, 2024, a copy of the foregoing document was served upon counsel for all parties by placing same in the United States mail, properly addressed and postage prepaid, and/or via the Court's electronic filing system as follows:

Christopher A. Callaghan
Christine Hernandez
Brooke K. Kelly
1850 Airport Boulevard
Mobile, Alabama 36606
251.479.1477
callaghan@equalizingjustice.com
christine@equalizingjustice.com
brooke@equalizingjustice.com

Nick Wooten
DJC Law, PLLC
1012 W. Anderson Lane
Austin, Texas 78757
512.220.1800
nick@teamjustice.com

Adam M. Milam
Milam &Milam, LLC
20252 Highway 181 Suite C
Fairhope, AL 36532

Sean W. Shirley
Johnny L. Banks, III
Balch & Bingham LLP
1901 6th Avenue North Suite 1500
Birmingham, AL A

Russell C. Buffkin
Karen L. Tucker
Helmsing Leach Herlong Newman & Rouse, P.C.
Post Office Box 2767
Mobile, AL 36652
Attorneys for Brenner Tank, LLC

Thomas L. Oliver, II
Carr Allison
100 Vestavia Parkway
Birmingham, AL 35216
(205) 822-2006
toliver@carrallison.com

Jeremy P. Taylor
Carr Allison
6251 Monroe Street, Suite 200
Daphne, Alabama 36526
 (251) 626-9340
jptaylor@carrallison.com

/s/ *Steele Holman*
William Steele Holman, II  ASB 6027 L49W

2