IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **JONATHAN RICHIE,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 1:24-cv-00218 |
| | * | |
| **QUALITY CARRIERS, INC.,** and | * | |
| **GIRARD EQUIPMENT, INC.,** and | * | |
| **GULF COAST EXPRESS** | * | |
| **CARRIERS,** | * | |
| **CORP.,** and **BRENNER TANK, LLC,** | * | |
| And **MICHAEL JENNINGS,** and | * | |
| **FICTITIOUS DEFENDANTS A-F,** | * | |
| | * | |
| Defendants. | * | |

**BRENNER TANK LLC'S MOTION TO DISMISS**
**<u>FIRST AMENDED COMPLAINT</u>**

Brenner Tank LLC ("Brenner Tank"), one of the Defendants in this litigation, by and through undersigned counsel and pursuant to Rule 12(b)(2) of the *Federal Rules of Civil Procedure*, moves the Court to dismiss all allegations against it in Plaintiff's First Amended Complaint because Brenner Tank is not subject to personal jurisdiction in the State of Alabama. In support of its Motion to Dismiss, Brenner Tank adopts and incorporates its brief and all exhibits thereto filed contemporaneously herewith.

Respectfully submitted this the 7th day of October, 2024.

<u>/s/ Russell C. Buffkin</u>
RUSSELL C. BUFFKIN
KAREN L. TUCKER
Attorneys for Defendant, Brenner Tank LLC

OF COUNSEL:

HELMSING LEACH HERLONG
 NEWMAN & ROUSE, P.C.
P. O. Box 2767
Mobile, AL  36652
(251) 432-5521 – Office
Email: rcb@helmsinglaw.com
          ktl@helmsinglaw.com

# CERTIFICATE OF SERVICE

    I hereby certify that I have on this the 7th day of October, 2024, served a copy of the foregoing pleading on all parties to this action as follows:

    Christine C. Hernandez
    Brooke A. Kelly
    Hernandez and Associates Law Firm, L.L.C.
    1856 Airport Boulevard
    Mobile, AL  36606
    *Attorneys for Plaintiff*

    Christopher A. Callaghan, LLC
    3145 Gulf Shores Pkwy.
    Gulf Shores, AL 36542
    *Attorney for Plaintiff*

    Nick Wooten
    DJC LAW, PLLC
    1012 W. Anderson Ln.
    Austin, TX  78757
    *Attorney for Plaintiff*

    Dennis Oscar Vann, Jr.
    Thomas W. Oliver, II
    Carr, Allison, Pugh, Oliver & Sisson, P.C.
    100 Vestavia Parkway, Suite 200
    Birmingham, AL 35216
    *Attorneys for Quality Carriers, Inc.*

Jeremy Patrick Taylor
Carr Allison
6251 Monroe Street, Suite 200
Daphne, AL 36526
*Attorneys for Quality Carriers, Inc.*

Adam M. Milam
Milam & Milam, LLC
20252 Highway 181, Suite C
Fairhope, Alabama 36532
*Attorney for Girard Equipment, Inc.*

Sean W. Shirley
Johnny L. Banks, III
BALCH & BINGHAM LLP
1901 6th Avenue North, Suite 1500
Birmingham, AL 35203
*Attorneys for Gulf Coast Express Carriers*

William Steele Holman, II
Speegle, Hoffman, Holman & Holifield, LLC
P. O. Box 11
Mobile, Alabama 36601
*Attorney for Michael Jennings*

    /s/ Russell C. Buffkin
    OF COUNSEL