

Lafayette, IN

## AMENDED AFFIDAVIT OF CHERYL L. SEIP

Cheryl L. Seip, being duly sworn, states and declares as follows:

1. My name is Cheryl L. Seip. I am over eighteen (18) years of age and I am competent to testify in all respects. I have personal knowledge regarding the matters stated in this affidavit. If called to testify, I could and would testify consistently with statements in this affidavit. I am providing this Amended Affidavit to correct errors in my original affidavit that involve entities other than Brenner Tank LLC.

2. Between 1982 and 2007, I was employed as a legal secretary, legal assistant and paralegal at two separate law firms.

3. Since October, 2007, I have been continuously employed by Wabash National Corporation and currently hold the title Senior Paralegal.

4. As a result of my job responsibilities and years of experience, I have acquired knowledge of the corporate history and structure of Wabash National Corporation and related business entities including with regard to where these entities are formed, conduct business, and have their principal offices, including by reviewing company documents.

5. I have reviewed the Complaint filed on May 21, 2024 in Jonathan Richie v. Quality Carriers, Inc., et al., Case No. 02-CV-2024-901315.00, Circuit Court of Mobile County, Alabama, and the Affidavit of Rick Kostro.

6. Brenner Tank LLC is a limited liability company formed in Wisconsin with a principal place of business located in Lafayette, Indiana.

7. Brenner Tank LLC has not registered to do business with the Alabama Secretary of State and does not have a registered agent in Alabama. Nor has it authorized anyone to act as their agent for service of process in Alabama.

8. Brenner Tank LLC has never had design or manufacturing operations in Alabama.

9. Brenner Tank LLC maintains no offices or places of business in Alabama and has no employees based in Alabama.

10. Brenner Tank LLC does not own real estate, bank accounts or other interest in property in Alabama.

11. Wabash National, L.P., a limited partnership formed in Delaware with a principal place of business in Lafayette, Indiana, is the sole member of Brenner Tank LLC.

12. Wabash National Trailer Centers, Inc., which is incorporated in Delaware and has a principal place of business located in Lafayette, Indiana, is the general partner of Wabash National, L.P.

13. Wabash National Corporation and Supreme Corporation are the limited partners of Wabash National, L.P.

14. Supreme Corporation is incorporated in Texas and has a principal place of business located in Lafayette, Indiana.

15. Wabash National Corporation also owns 100% of the shares of Supreme Corporation and more than 90% of the shares of Wabash National Trailer Centers, Inc. Supreme Corporation owns the remaining share of Wabash National Trailer Centers, Inc.

16. Wabash National Corporation is a publicly traded company incorporated in Delaware and with a principal place of business located in Lafayette, Indiana.

17. Bulk Solutions, LLC is a limited liability company formed in Texas with a principal place of business in Lafayette, Indiana. Its sole member is Wabash National, L.P.

18. Bulk Tank International, S de RL de CV is a corporation organized under the laws of Mexico with a principal place of business in San Jose Iturbide, Mexico.

19. Bulk Tank International, S de RL de CV's two shareholders are Brenner Tank LLC and Walker Stainless Equipment Company LLC.

20. Walker Stainless Equipment Company LLC is a limited liability company formed in Delaware with a principal place of business in Lafayette, Indiana. Its sole member is Wabash National, L.P.

21. Wabash National Corporation, Supreme Corporation, Wabash National Trailer Centers, Inc., Wabash National, L.P., Brenner Tank LLC, Bulk Solutions, LLC, Bulk Tank International, S de RL de CV, and Walker Stainless Equipment Company LLC are separate business entities.

22. Wabash National Corporation acts as a holding company for a number of different subsidiary companies including those referenced in the paragraph above. It does not itself design, manufacture or sell tank trailers.

23. Wabash National Corporation, Supreme Corporation, Wabash National Trailer Centers, Inc., Wabash National, L.P., Bulk Solutions, LLC, and Bulk Tank International, S de RL de CV have not registered to do business with the Alabama Secretary of State and do not have a registered agent in Alabama. Nor have these business entities authorized anyone to act as their agent for service of process in Alabama.

24. Walker Stainless Equipment Company LLC is registered to do business in Alabama and has a registered agent in Alabama. It ships parts to Alabama by common carriers, which in 2023 amounted to $19,965.17 in sales.

25. Wabash National Corporation, Supreme Corporation, Wabash National Trailer Centers, Inc., Wabash National, L.P., Bulk Solutions, LLC, Bulk Tank International, S de RL de CV, and Walker Stainless Equipment Company LLC maintain no offices or places of business in Alabama and have no employees based in Alabama.

26. Wabash National Corporation, Wabash National Trailer Centers, Inc., Wabash National, L.P., Brenner Tank LLC, Bulk Solutions, LLC, Bulk Tank International, S de RL de CV, and Walker Stainless Equipment Company LLC do not own real estate, bank accounts or other interest in property in Alabama.

FURTHER, AFFIANT SAITH NOT.

_____
Cheryl L. Seip

Subscribed and sworn to before me, this ___19th___ day of August, 2024.

_____
NOTARY PUBLIC

BENITA PLANK
Notary Public - Seal
Carroll County - State of Indiana
Commission Number NP0674947
My Commission Expires Nov 2, 2031