# Exhibit B

Fond du Lac, WI

## **<u>AFFIDAVIT OF RICK KOSTRO</u>**

Rick Kostro, being duly sworn, states and declares as follows:

1. My name is Rick Kostro. I am over eighteen (18) years of age and I am competent to testify in all respects. I have personal knowledge regarding the matters stated in this affidavit. If called to testify, I could and would testify consistently with statements in this affidavit.

2. Since 2001, I have been employed by Brenner Tank LLC, or a related company, and have held titles such as production supervisor, purchasing buyer, inside sales engineer and warranty manager.

3. As a result of my job responsibilities and years of experience, I have acquired knowledge regarding the design, manufacture, assembly, marketing and sales of Brenner and Bulk tank trailers.

4. I have reviewed the Complaint filed on May 21, 2024 in *Jonathan Richie v. Quality Carriers, Inc., et al.*, Case No. 02-CV-2024-901315.00, Circuit Court of Mobile County, Alabama.

5. I have been informed that the tank trailer referenced in the Complaint has the Vehicle Identification Number 3E1AAB235PS385226 (hereinafter "the subject trailer").

6.    I have also reviewed documents related to the subject trailer, including a Certificate of Compliance, Tank Test and Inspection Report, and Certificate of Origin for a Vehicle, attached collectively to this Affidavit as Exhibit A, and a signed Sales Order attached to this Affidavit as Exhibit B. The sales price and related pricing information has been redacted.

7.    Brenner Tank LLC designs, manufactures, markets and sells chemical and petrochemical tank trailers. Its research, design and manufacturing facilities are located in Fond du Lac, Wisconsin.

8.    Based on my personal knowledge, information provided by other employees of Brenner Tank LLC and related companies, and the documents attached as Exhibit A and B:

    a. The subject trailer was one of a group of tank trailers sold by Brenner Tank LLC to Quality Carriers, Inc. located in Tampa, Florida.

    b. Ron Allen on behalf of Brenner Tank and Steve Craig on behalf of Quality Carriers during 2021 discussed and developed the specifications for the group of tank trailer, including the subject trailer, tailored to the requirements of Quality Carriers. Rob Hermes on behalf of Brenner Tank then prepared a quote which was signed by Steve Craig.

    c. Steve Craig and Ron Allen were based in Florida and Rob Hermes was based in Wisconsin in 2021.

    d. Based on the specifications, Brenner Tank LLC developed drawings and otherwise designed the subject trailer in Wisconsin.

    e. The subject trailer was manufactured by Bulk Tank International, S de RL de CV in San Jose Iturbide, Mexico in or about April 2022.

    f. The subject trailer was then transported to Laredo, Texas. Bulk Solutions, LLC, which acted as the distributor or dealer, made the trailer available to Quality Carriers, FOB, in Texas.

9. Brenner Tank LLC has never had design, manufacturing or sales operations or facilities in Alabama.

10. Brenner Tank LLC does not own or operate any manufacturing facilities, service centers or part depots in Alabama.

11. Brenner Tank LLC in 2020 and through today does not have a contractual relationship with any independent dealers located in Alabama, which sell its tank trailers.

12. Brenner Tank LLC sells tank trailers to purchasers located throughout the United States. However, from 2020 through today, Brenner Tank has not sold tank trailers directly into Alabama.

FURTHER, AFFIANT SAITH NOT.

Rick Kostro

Subscribed and sworn to before me, this _____ day of July, 2024.

NOTARY PUBLIC

Deborah A. Olson
County of Fond du Lac
State of Wisconsin
Notary Expires 8/25/24

# Exhibit A



**BULK TANK INTERNATIONAL**
PARQUE INDUSTRIAL OPCION KM 58 CARR QRO-SLP
SAN JOSE ITURBIDE, GTO C.P. 37980 MEXICO
1-800-558-9750

REGISTRATION NUMBER:    DOT: CT-9036

# CERTIFICATE OF COMPLIANCE

This document is certification per 49 CFR §178.345-15 in that the unit described below complies with all applicable D.O.T requirements with respect to design, construction, and test & inspection. This document must be retained by the owner and motor carrier (if other than the owner) while the unit is owned/used and at least one year thereafter.

| | | |
|---|---|---|
| MOTOR VEHICLE MANUFACTURER: BULK TANK INTERNATIONAL | REG NO: DOT: CT-9036 | VIN: 3E1AAB235PS385226 | US DOT SPECIFICATION: |
| TANK MANUFACTURER: BULK TANK INTERNATIONAL | REG NO: DOT: CT-9036    TANK SERIAL NUMBER: 385226 | | DOT407 |

MAX. ALLOWABLE WORKING PRESSURE: 25 psi
TEST PRESSURE: 45 psi

DESIGN TEMP RANGE: -20 to 400°F
MAX. PAYLOAD: 51,700 lbs

HEAT SYSTEM TEMPERATURE: 366 °F
HEAT SYSTEM PRESSURE: 150 psi

MAX LOAD RATE: 500 gpm @ 25 psi
MAX UNLOAD RATE: 500 gpm @ 25 psi

No. of Compartments: ONE

GVWR: 65,000 lbs

VACUUM RATING: 0 psi
MAX LADING DENSITY: 18.0 lbs/gal

NOMINAL VOLUME: 7,000 gal.

EXPOSED SURFACE AREA
FROM FRONT (ft²):
(1) 740

TANK CAPACITIES FROM FRONT
(gallons);
(1) 7,000

WELD MATERIAL: ER316LSi          LINING: N/A

**SHELL MATERIAL:**
SPECIFICATION:        SA-240, 316/316L
MINIMUM TENSILE:    80,000 psi
MINIMUM THICKNESS ( in ):

| Top | Side | Bottom |
|---|---|---|
| 0.115 | 0.115 | 0.115 |

MANUFACTURED THICKNESS ( in ):

| Top | Side | Bottom |
|---|---|---|
| 0.135 | 0.135 | 0.135 |

**HEAD MATERIAL:**
SPECIFICATION:        SA-240, 316/316L
MINIMUM TENSILE:    80,000 psi
MINIMUM THICKNESS ( in ):

| Front | Rear |
|---|---|
| 0.115 | 0.115 |

MANUFACTURED THICKNESS ( in ):

| Front | Rear |
|---|---|
| 0.135 | 0.135 |

Notes/Comments:                                                                        Tank SO #:   45028-130

The design of this vehicle has been reviewed and found in compliance with all applicable regulations.

DESIGN TYPE FILE:    385214-385253    DESIGN SPECIFICATIONS
DESIGN CERTIFYING ENGINEER:    Steve McWilliams

*Steve McWilliams*
SIGNATURE

The construction of this vehicle has been reviewed and is consistent with the design information supplied.

MANUFACTURE DATE (MM/YYYY)    04/2022
MANUFACTURER'S OFFICIAL:    Juan Emanuel Garcia Aguilar
                                                    (print name)


SIGNATURE

The test, inspection, marking and certification of this vehicle has been reviewed and found in compliance with all applicable regulations.

ORIGINAL
TEST & INSPECTION DATE (MM/YYYY)    04/2022
REGISTERED INSPECTOR:    Adolfo Rios
                                                (print name)

SIGNATURE

**BULK**        **BRENNER**        **WALKER**

WTT QA FORM 006A                          REV 9                                    5/12/2020        Q PRODUCTOS

**WABASH**

# CARGO TANK TEST & INSPECTION REPORT

49 CFR Part 180 and CSA B620

**Wabash**
Tank Trailer

| | |
|---|---|
| Inspection Facility: **BULK TANK INTERNATIONAL** | Owner/Carrier **QUALITY CARRIERS, INC.** |
| Address: **PARQUE INDUSTRIAL OPCION KM 58 CARR QRO-SLP** | Address: **1208 E KENNEDY BLVD SUITE 132** |
| **SAN JOSE ITURBIDE, GTO C.P. 37980 MEXICO** | **TAMPA, FL, 33602** |
| Phone: **1-800-558-9750** | Phone: **813-569-7306** |

| DOT/TC SPECIFICATION: | **DOT407** |
|---|---|
| ASME/CODE SYMBOL | **N/A** |

| | | | |
|---|---|---|---|
| Inspection Date: | 04/2022 | Mfr Serial Num: | 385226 |
| Tank Manufacture Date: | 04/2022 | Fluid Capacity: | 7,000 gal. |
| Original Test Date: | 04/2022 | Max Payload: | 51,700 lbs |
| Tank Mfr: **BULK TANK INTERNATIONAL** | | Carriers Unit Num.: | 703481 |

| Vessel Material Spec: | **SA-240, 316/316L** |
|---|---|

**Type of Inspection and Test Performed:**

☑ External Visual (V)  ☑ Upper Coupler (UC)
☑ Internal Visual (I)  ☑ Leakage (K)
☑ Pressure (P)  ☐ Lining (L)
☑ Thickness (T)  ☐ Method 27 (K-EPA27)

**Inspection Facility Reg. Num.**
DOT: **CT-9036**   TC: **25-1274**

This unit has not hauled any
☑ material or substance as of
date: **April 6, 2022**

☑ Markings applied.

### SELF CLOSING PRESSURE RELIEF DEVICE (PRD)

**New Construction**

| | | | | |
|---|---|---|---|---|
| Vent Series | **400 SERIES** | | PRD Position | Set |
| Pressure | N/A | PSI | N/A PSI | |
| Open | N/A | PSI | N/A PSI | |
| Reseat | N/A | PSI | N/A PSI | |
| Disposition: N/A | | | | |

MAWP: **25 psi**
Min Design Metal Temp: **-20 to 400°F**

**PRESSURE TEST**

| Test type: **HYDROSTATIC** | Test media: | Water |
|---|---|---|
| Pressure Tested: | **45 psi** | Time: | **10 Min** |

**LEAKAGE TEST**

| Test type: **HYDROSTATIC** | Test media: | Water |
|---|---|---|
| Pressure Tested: | **20 psi** | Time: | **10 Min** |

**EPA METHOD 27**

| Test type: | N/A | Test media: | |
|---|---|---|---|
| Pressure Tested | | Time: | N/A |

### INSPECTED AND/OR TESTED ITEMS

| ITEM | YES/NO | Pass/Fail | N/A | ITEM | YES/NO | Pass/Fail | N/A |
|---|---|---|---|---|---|---|---|
| 1) TANK SHELL lowest reading  0.126 in | YES | Pass | | 19) CORRODED OR ABRADED AREAS | | | X |
| 2) TANK HEADS lowest reading  0.125 in | YES | Pass | | 20) DISTORTIONS | | | X |
| 3) HEAD -TO-SHELL SEAMS | YES | Pass | | 21) DENTS | | | X |
| 4) PIPING | YES | Pass | | 22) WELDS | YES | Pass | |
| 5) HOSES | | | N/A | 23) UPPER COUPLER ASSEMBLY | YES | Pass | |
| 6) VALVES | YES | Pass | | 24) SUSPENSION SYSTEM ATTACHMENTS | YES | Pass | |
| 7) GASKETS | YES | Pass | | 25) PRESSURE GAUGING DEVICES | YES | Pass | |
| 8) MANHOLE COVERS | YES | Pass | | 26) CONNECTING STRUCTURES | YES | Pass | |
| 9) MANHOLE GASKETS | YES | Pass | | 27) CHECK GROUND CLEARANCE | YES | Pass | |
| 10) DEVICES FOR TIGHTENING MANHOLE | YES | Pass | | 28) BUMPER | YES | Pass | |
| 11) SELF-CLOSING STOP-VALVES | YES | Pass | | | | | |
| 12) REMOTE CLOSURE DEVICES | YES | Pass | | OTHERS: | | | |
| 13) RECLOSING PRESSURE RELIEF VALVES | YES | Pass | | | | | |
| 14) NUTS AND BOLTS | YES | Pass | | | | | |
| 15) FRANGIBLE | YES | Pass | | | | | |
| 16) FUSIBLES | YES | Pass | | | | | |
| 17) SELF CLOSING HEADS | | | N/A | | | | |
| 18) PRESSURE BEARING PORTIONS OF THE HEATING SYSTEM/ELEMENT | YES | Pass | | | | | |

**List defects with locations and method of repair, if any:**

☑ This tank is insulated.   ☐ This tank is lined.
☑ This is a new tank, free of any defect or damage.   ☑ Cargo Tank meets the requirements of the DOT and/or TC specifications identified on this report.
☑ This tank is ready for cleaning prior to service.   ☐ Cargo Tank fails to meet the requirements of the DOT and/or TC specifications identified on this report.

| Adolfo Rios | | 5-Apr-22 |
|---|---|---|
| Test/Inspected by (Print Person's Name): | Inspector's Signature: | Date: |

Items below this line shall be completed by Customer/Owner

☐ This tank is ready for service
☐ Special/Dedicated Service _____   (to be filled in by owner if applicable)   ☐ This tank is lined.

| Customer/Owner's Name: | Customer/Owner's Signature: | Date: |
|---|---|---|



## CERTIFICATE OF ORIGIN FOR A VEHICLE



DATE   3/15/2022

INVOICE NO.   45028

VEHICLE IDENTIFICATION NO.
**3E1AAB235PS385226**

YEAR
**2023**

MAKE
**BRENNER**

BODY TYPE
**TANK TRAILER**

SHIPPING WEIGHT
13,300

H.P. (S.A.E.)          G.V.W.R.
                       65,000

NO. CYLS.          SERIES OR MODEL

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer. NAME OF DISTRIBUTOR, DEALER, ETC.

**Bulk Solutions, LLC.**
381 Casa Linda Plaza #401
Dallas, TX 75218

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

**BULK SOLUTIONS LLC**

BY: _____

(SIGNATURE OF AUTHORIZED REPRESENTATIVE)          (AGENT)

BS 0104703

**381 CASA LINDA PLAZA, #401
DALLAS, TX 75218**

CITY-STATE

Each undersigned seller certifies to the bet of his knowledge, information and belief under penalty of law that the vehicle is new and has not been registered in this or any state at the time of delivery and the vehicle is not subject to any security interests other than disclosed herein and warrant title to the vehicle.
FOR VALUE RECEIVED I TRANSFER THE VEHICLE DESCRIBED ON THE FACE OF THIS CERTIFICATE TO:

**DISTRIBUTION-DEALER ASSIGNMENT NUMBER 1**

NAME OF PURCHASER(S)  QUALITY CARRIERS, INC.

ADDRESS  1861 TERRY DRIVE / JOLIET, IL  60436

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

DEALER _____  BY: _____
NAME OF DEALERSHIP    DEALER'S LICENSE NUMBER    Being duly sworn upon oath says that the statements set forth aretrue and correct. Subscribed and sworn before me on this date 3/15/2022

State of  TX

County of  Dallas _____  Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION    Commission Expires 08/25/24

**DISTRIBUTION-DEALER ASSIGNMENT NUMBER 2**

NAME OF PURCHASER(S) _____

ADDRESS _____

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

DEALER _____  BY: _____
NAME OF DEALERSHIP    DEALER'S LICENSE NUMBER    Being duly sworn upon oath says that the statements set forth aretrue and correct. Subscribed and sworn before me on this date _____

State of _____

County of _____  Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**DISTRIBUTION-DEALER ASSIGNMENT NUMBER 3**

NAME OF PURCHASER(S) _____

ADDRESS _____

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

DEALER _____  BY: _____
NAME OF DEALERSHIP    DEALER'S LICENSE NUMBER    Being duly sworn upon oath says that the statements set forth aretrue and correct. Subscribed and sworn before me on this date _____

State of _____

County of _____  Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**DISTRIBUTION-DEALER ASSIGNMENT NUMBER 4**

NAME OF PURCHASER(S) _____

ADDRESS _____

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

DEALER _____  BY: _____
NAME OF DEALERSHIP    DEALER'S LICENSE NUMBER    Being duly sworn upon oath says that the statements set forth aretrue and correct. Subscribed and sworn before me on this date _____

State of _____

County of _____  Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**ODOMETER DISCLOSURE FOR RETAIL SALE**

Federal Law requires you to state the odometer mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.
I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked. Odometer Reading_____ No Tenths. ☐ The mileage stated is in excess of its mechanical limits.  ☐ The odometer reading is not the actual mileage.
**WARNING ODOMETER DISCREPANCY**

Signature(s) of Seller(s) _____

Printed Name(s) of Sellers(s) _____ Dealer's No. _____    Date of Statement _____ Date of Sale _____

Signature(s) of Purchaser(s) _____    Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn before me on this date_____

Printed Names(s) of Purchaser(s) _____

Company Name (if Applicable) _____    _____ Notary Public

Address of Purchaser(s) _____    State of _____

Country of _____

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**LIENHOLDER**

1st lien in favor of _____

whose address is _____

2nd lien in favor of _____

whose address is _____

# Exhibit B

450 Arlington Avenue
Fond du Lac, WI 54935
www.brennertank.com
Toll Free: 800-558-9750
Fax: 920-922-3303



Order For:    QUALITY CARRIERS, INC.
Proposal #:    8151592
Order #:
Proposal Date: 10/1/2021
Page: 1 of 14

## : : Customer Information

| | | | |
|---|---|---|---|
| **Name:** QUALITY CARRIERS, INC. | | **Contact:** | STEVE CRAIG |
| **Address:** 1208 E KENNEDY BLVD SUITE 132 | | **E-Mail:** | scraig@qualitydistribution.com |
| **City:** TAMPA | **State:** FL | **ZIP Code:** | 33602 |
| **Phone:** 813-569-7306 | **Fax:** | **Mobile:** | |

## : : Proposal / Order Data

| | | | |
|---|---|---|---|
| **Date:** 10/1/2021 | **Proposal:** 8151592 | **Order:** | **Ref. Order:** 44264_10-200 |
| | | | (2337465-2337484) |

## : : Order Tracking Data (For Office Use Only)

| | |
|---|---|
| **Sales Order #:** | **Work Order #:** |
| **Model #:** 407SRS7000 | |

## : : Sales Manager

| | | | | |
|---|---|---|---|---|
| **Name:** Ron Allen | **Cell:** 317-318-4093 | **Phone:** | **Fax:** | 920-922-3303 |
| **E-Mail:** Ron.Allen@WabashNational.com | | | | |

## : : Inside Sales Contact

| | | | |
|---|---|---|---|
| **Name:** Rob Hermes | **Phone:** 920-322-1044 | **Fax:** | 920-922-3303 |
| **E-Mail:** Robert.Hermes@WabashNational.com | | | |

## : : Tank Description

DOT407 Transport, Insulated, 96" OAW

| | | | |
|---|---|---|---|
| **Capacity:** | 7000 Gallons Nominal | **Compartments:** | 1-CPT |
| **Gal. (F to R):** | (7000) | **Profile:** | Straight Round |
| **Code / Spec:** | DOT407 | **Product(s):** | Various Chemicals |
| **Prod. Wt. / US Gal.:** | 18 Pound Max | **Int. MAWP:** | 25 PSI |
| **Est. Weight:** | 13,300 lbs +/- 3% | **Max Loading Temp.:** | 400° F Max |
| **GCWR:** | 80,000 Pounds | **Operating Service:** | Standard on-road service. |
| **Model #:** | S40770001HSS | | |

## : : Vessel

| | |
|---|---|
| **1. Shell Material:** | 10 gauge manufactured 316L SS shell 2B finish **(.115" minimum, approximately .008" of corrosion allowance)** with 316L weld wire.<br>• Two piece shell<br>• CNC plasma-tig welded seams<br>• Heat affected zone minimized<br>• Precise center seam fit-up – no bands on center seam |
| **2. Head Material:** | 10 gauge manufactured 316L SS head 2B finish **(.115" minimum, approximately .008" of corrosion allowance)** with 316L weld wire.<br>• Butt welded<br>• ASME dished |
| **3. Internal Weld Finish:** | W-3 Ground flush. |
| **4. External Weld Finish:** | W-0 As-welded. |
| **5. Baffles:** | None. |
| **6. Manhole:** | (1) 20" full opening 316 SS Girard manway with white hypalon gasket in cover, located near center of tank and hinged to front. Install stop at hinge area and tack hinge pin in place to prevent theft of cover . |
| **7. Manhole Gasket:** | White Hypalon. |
| **8. Bolsters:** | T-201LNSS |



| 450 Arlington Avenue<br>Fond du Lac, WI 54935<br>www.brennertank.com<br>Toll Free: 800-558-9750<br>Fax: 920-922-3303 | | Order For:  QUALITY CARRIERS, INC.<br>Proposal #:  8151592<br>Order #:<br>Proposal Date: 10/1/2021<br>Page: 2 of 14 |
|---|---|---|

| 9. Longmembers: | 7 Ga. T-201LNSS above sub frames only<br>• Welded to shell at front and rear |
|---|---|
| 10. Cleanouts: | (2) 3" Threaded nozzles in tank shell on top centerline, located max. 10' from head seams with solid caps and sash chains. |
| 11. Additional Nozzles: | (1) 3" Threaded nozzle in center of each manhole cover with solid cap and sash chain. |
| 12. Rings: | SS, continuously weld rings per DOT requirements. |
| 13. Heat: | (3) full-length 2205 LDX channels, 150 psi design working pressure, designed for steam and intransit heat with inlet and outlet at front with steam inlet at **roadside** rear of trailer with Chicago couplers as ends.  ½" SS Sarco steam trap **located at roadside**.  Install BRENNER-supplied Aeroquip fitting on inlet and outlet and caps.<br> • All ss fittings under the jacket<br> • All channels welded automatically by brenner manipulator<br> • All channels are seamless – approximately 36' long<br> • Channel heat panel design lessens risk to corrosive attack versus a traditional dimpled panel<br> • Channel heat panel design improves heating media flow properties and resultant heat transfer<br> • Channel heat panel design is immune to plug weld and circle weld failure under steam pressure                                                                            • SS ball |
| 14. Insulation: | 6" Fiberglass compressed to 5" with 24" wide .080 aluminum underlayment full length, with Roxul 120 mineral wool jacket hold outs at jacket laps. |
| 15. Underlayment: | 24" wide .080 aluminum underlayment on the top full length of trailer with additional underlayment between the 2:00 walkway and spilldam. |
| 16. Jacket: | 22 Ga. BA/SS lapped seams.<br> • Minimum overlap of 2" with all sheets and jacket seams aligned with profile transitions to assure longevity. |
| 17. Jacket Heads: | 18 Ga. SS BA/SS finish with Pittsburgh lock seam attachment and stiffening ribs . |
| 18. Non-Standard Notes: | Need to square off all internal grinds |

| : : Outlet | |
|---|---|
| 1. Outlet Gaskets: | Teflon envelope gaskets on all flanged connections. |
| 2. Seals: | Provisions for seals on all inlets and outlets that are intended to open and close regularly.<br>Plastic coated cables on all inlet and outlet caps. |
| 3. Sump: | (1) 4" 316L SS mounting pad integral with rear cross member<br> • One-piece construction<br> • Allows for 100% drainage with gravity or pump discharge |
| 4. Emergency Valve: | (1) 4" x 3" x 90° SS steam jacketed Girard external hydraulic valve with Hastelloy seat. |
| 5. Valve Operator: | **Girard hydraulic pump located at curbside rear frame rail with handle pointing towards curbside (position pump so handle does not interfere with vapor recovery line). Immediately after "T" coming off of hydraulic hand pump install SS ball valve with metal handle on emergency valve line.  Provide decal to label open/close position for ball valve.**  Remote fusible & frangible plug located at front roadside of trailer. Use SS hydraulic lines and fill system with Food grade glycol. **Fusible plug needs to be located away from the emergency valve.** |
| 6. Piping: | No spool piece. |
| 7. Outlet Valve: | (1) 3" SS Girard QRB Hydrolet steam jacketed valve with 90° threaded outlet, pointed to rear. **Rotate outlet on QRB valve towards curbside.** |
| 8. Outlet Fittings: | 3" SS cam style adapter & dust cap. |
| 9. Pump Off Line: | None. |
| 10. Outlet Cabinet: | None. |
| 11. Pump Platform: | None. |



| 450 Arlington Avenue<br>Fond du Lac, WI 54935<br>www.brennertank.com<br>Toll Free: 800-558-9750<br>Fax: 920-922-3303 | | Order For:    QUALITY CARRIERS, INC.<br>Proposal #:    8151592<br>Order #:<br>Proposal Date: 10/1/2021<br><br>Page: 3 of 14 |
| --- | --- | --- |

| **12. Pump Package:** | None. |
| --- | --- |

**∴ ∴ Venting**

| **1. Pressure Relief:** | (1) 3" Girard threaded (DOT-3X407T), pressure relief vent, 25 psi mawp, complete with a teflon encapsulated o-ring, located on 3" nozzle in spilldam floor **(rear roadside quadrant of spilldam).** |
| --- | --- |
| **1a. Pressure Relief Vent:** | Girard DOT-3X407T, 25 PSI MAWP. |
| **2. Vacuum Relief:** | (1) 3" Girard threaded (3X407MVBTT) magnetic vacuum breaker with a teflon seat, and an air inlet and gauge assembly, located on 3" nozzle in spilldam floor **(rear curbside quadrant of spilldam).** Inside shell exposed surface area is 741 sq. Ft. |
| **3. Vapor Recovery Valve:** | **(1) 3" X 2" threaded Girard GVRA-B2 90°-style** hydraulically operated vapor recovery valve mounted on a 3" threaded pipe to the rear **roadside** of manhole in spilldam. Vapor recovery valve to be operated by the hydraulic hand pump for emergency valve. Vapor recovery valve to open first. |
| **4. Vapor Recovery Piping:** | **Install 2" swivel "Y" assembly, install pressure gauge on top surface of "Y" to read line pressure. Provide 2" stainless steel ball valve and dust cap assembly on angle run of "Y" with bottom support to prevent rotation, ball valve closed towards trailer rear, open position will "follow" line. Rotate "Y" slightly up to facilitate drainage back into tank. Through line of tee for bottom piping down curbside and terminating with pressure gauge, 2" ball valve, camlock adapter and dust cap. Install Chicago coupler at end of vapor dust cap. At curbside front ladder support blade, anchor the inlet assembly comprising of air filter, 3-way ball valve, 90 degree elbow angled down finishing with Chicago coupler. 3-way ball valve operation at center of tank: handle to horizontal rear to exhaust pressure from compressor, vertical up to open air line, handle to horizontal front to shut off. Add short hose to exhaust line/fitting. SS braided line sloped down from 2" vapor pipe to air filter. Do not install check valve at 1" intersection of 2" vapor pipe. Install SS bracket stop to prevent Y from rotating down (do not install u-bolt, it is a stop only). All Chicago couplers to have SS "T" handle plug.** |
| **5. Air Injection Line:** | See above Vapor section. |
| **5a. Air Injection Filter:** | Air filter(s) installed in air injection line. |
| **6. Decals on Curbside Rear Head** | **1.) "REMOVE CAP BEFORE OPENING VALVE" at curbside rear head near vapor recovery connection. 2.) "CAP MUST BE REMOVED AND VALVE OPEN FOR PUMP OFF, GRAVITY UNLOAD, OR BLEEDING TANK PRESSURE" 3.) "CAUTION- LINE MAY BE UNDER PRESSURE"** |
| **7. Decal at Rear Centerline of Head** | **Decal for hydraulic "T" needs to rear "BOTTOM UNLOADING VALVE- KEEP CLOSED TO BUILD AIR PRESSURE IN TANK BEFORE UNLOADING WITH AIR PRESSURE" Please provide a diagram of the open/closed ball valve positions.** |
| **8. Decal at Curbside Center** | **Decal for air injection line 3-way ball valve just above valve on tank jacket "EXHAUST" to left (horizontal rear position) "OPEN" straight up (vertical) and "CLOSED" to right (horizontal front position) for ball valve handle. Please provide a diagram of the exhaust/open/closed ball valve positions as part of the decal.** |



| 450 Arlington Avenue<br>Fond du Lac, WI 54935<br>www.brennertank.com<br>Toll Free: 800-558-9750<br>Fax: 920-922-3303 | | Order For: QUALITY CARRIERS, INC.<br>Proposal #: 8151592<br>Order #:<br>Proposal Date: 10/1/2021<br>Page: 4 of 14 |
|---|---|---|

| : : Chassis | |
|---|---|
| **1. Kingpin Plate:** | OEM bolt-on 4" increments, 2" adjustments.  Kingpin plate to be moved all the way forward on all units. |
| **2. Landing Gear:** | Holland #51,000  with sand shoes, curbside crank, 201SS frame **(All stainless steel supports on landing gear)**<br>• all braces bolted-on to facilitate ease of repair<br>• additional cross brace installed near bottom of legs<br>Empty weight decal on curbside and roadside of landing gear frame. |
| **3. Suspension Type:** | 71 1/2" track axle with automatic dump kit.  38" wide ¼" T-201LNSS and T-304SS frame. |
| **4. Suspension Make / Model:** | **(2) Meritor MTA 23 Tec6 suspensions with 6" round, 23K rating axles complete with EX225L2PLUS (dual piston) Air Disc Brakes and AxlePak7 warranty.** |
| **4a.  Frame Brackets:** | Stainless steel, weld-on hangers. |
| **4b.  Lift Axle Mechanism:** | Not applicable. |
| **4c. Axle & Frame Width:** | 71 1/2" track axle on a 38" wide, 1/4" thick stainless steel frame. |
| **4d. Spindle Type:** | P-Style (parallel spindles with same inner and outer bearings). |
| **4e. Wheel-End Options:** | Fully-dressed suspension ordered with Meritor disc brake AxlePak 7 wheel end warranty. |
| **a. Brake Chambers:** | TSE 20/24 Brake Chambers. |
| **b. Slack Adjusters:** | Not applicable with disc brakes. |
| **c. Brake Lining:** | Standard Brake Lining included with Meritor air disc brake AxlePak7 warranty. |
| **d. Drums / Rotors:** | Lightweight cast rotors included with Meritor air disc brake AxlePak7 warranty. |
| **e. Dust Shields:** | No. |
| **f. Hubs:** | Standard included with Meritor disc brake AxlePak7 warranty. |
| **g. Bearings:** | Standard included with Meritor disc brake AxlePak7 warranty. |
| **h. Spindle Seal:** | Standard included with Meritor disc brake AxlePak7 warranty. |
| **i. Spindle Nuts:** | Standard included with Meritor disc brake AxlePak7 warranty. |
| **j. Hub Cap:** | Standard included with Meritor disc brake AxlePak7 warranty. |
| **k. Hub Lubrication:** | Semi-fluid grease. |
| **5. Air Reservoirs:** | Aluminum air tank system meeting FMVSS 121 requirements. **(Black air lines only)** |
| **6. Emergency Brake Valve:** | In accordance with FMVSS 121 requirements. |
| **7. Service Brake Valve:** | Meritor Wabco RSS Plus roll stability 4S/2M anti-lock brake system with in-cab warning light feature and amber warning light near the front face of the left rear fender. |
| **8. Air-Ride Piping / Dump Valve:** | Air-ride piping with automatic dump valve. |
| **8a.  Lift Axle Control:** | Not applicable. |
| **8b.  Scale Kit:** | None. |
| **9. Tire Inflation System:** | None. |
| **10. Hubodometer:** | VeederRoot, located roadside front axle. |
| **11. Wheel Finish:** | (8) 10-hole, hub piloted, Alcoa, Ultra, aluminum disk, Clean buff #7. Install Customer supplied safety lugs on wheels. |
| **11a. Wheel PN:** | Inside WHL:    ALC: ULTRA7 / WHL-528    Outside WHL:  ALC: ULTRA / WHL-528 |
| **12. Tire Brand:** | Goodyear G316 14 ply radials. |
| **13. Tire Size / PSI Setting:** | 11R22.5.    100 PSI |
| **14. Tire & Wheel Source:** | **Customer supplied tires only.** |
| **15. Tire Carrier:** | None. |



| 450 Arlington Avenue<br>Fond du Lac, WI 54935<br>www.brennertank.com<br>Toll Free: 800-558-9750<br>Fax: 920-922-3303 | | Order For:    QUALITY CARRIERS, INC.<br>Proposal #:    8151592<br>Order #:<br>Proposal Date: 10/1/2021 |
|---|---|---|
| | | Page: 5 of 14 |

| 16. Fenders: | Aluminum contour front and rear with SS braces. |
|---|---|
| 16a. Fender Width: | Front and rear fenders mounted at 96" OAW. |
| 17. Mud Flaps: | (2) Pair Brenner white plastic anti-sail |
| 18. DOT PHMSA Bumper: | (1) 4" X 8" SS rect. tube, per DOT PHMSA specs. |
| 18a. DOT PHMSA Type: | Standard full-width type. |
| 19. DOT NHTSA Bumper: | (1) 4" X 4" SS sq. tube, per DOT NHTSA rules. |
| 20. Bumper Width: | (1) 4" X 8" SS rect. tube, 60" wide, per DOT PHMSA specs, and (1) 4" x 4" SS sq. tube, 88" wide, per DOT NHTSA rules. |
| 21. Paint: | Carbon steel parts primed and painted gray (237 VZ 4060). |

| : : Electrical | |
|---|---|
| 1. Nose Box: | 7 Way A.T.A. connector mounted below centerline on front head (special location see |
| 2. Wiring: | Single lead full run wiring harness.  No junction box.  Run wiring as low as possible from landing gear to suspension. Electrical line to be black not colored. |
| 3. Lights: | 12-Volt Truck Lite LED mounted with closed back grommets. Rear tail lights, high mount Brake light, triple ID, and rear side marker lights installed with security rings. |
| 4. Marker and ABS Light Configuration: | Marker lights in SS brackets include: (2) amber lights located on the front outside corner of the front fenders, (2) amber side marker lights tied into turn signals, (3) red lights located on the top of the rear head, (1) amber ABS light located on front roadside fender brace and (1) license plate lamp with license plate mounting bolts located at rear of trailer. |
| 5. Tail Light Mounting: | SS boxes spring-mounted to the running gear frame. |
| 6. Tail Light Functions: | (2) red tail lights per box (outside signal light & inside brake light) and (1) rear corner marker light on the end of the box. |
| 7. Adtl-Turn Light Options: | None. |
| 8. Other Additional Lights: | (1) high mount stop light mounted to rear head. |
| 9. Ground Receptacle: | (4) Brass total.  One in spilldam, one at front frame, one curbside landing gear frame and one at rear. **Grounding lug at rear needs to be on roadside.** |
| 10. Overfill System: | None. |

| : : Accessories | |
|---|---|
| 1. Spilldam: | T-201LNSS around manhole with sloped floor and (1) Heavy duty gray drain hose on **roadside. Spilldam floor should be sloped to roadside.** |
| 2. Overturn Protection: | T-201LNSS DOT overturn protection at ends of spilldam and beyond each cleanout. |
| 3. Ladder Position: | (1) ladder mounted on curbside. |
| 4. Ladder Detail: | (1) SS 18" wide with dimpled channel rungs, located on curbside at spilldam to walkway with grabhandles at top each side.  Test ladder with static weight of 450#.  (1) Access ladder from side walkway to top walkway. |
| 5. Ladder Side Hand Rails: | Yes. |
| 6. Walkway Around Spilldam: | 12" wide on front and roadside of spilldam, and approx. 24" wide to rear of spilldam.  12" wide on curbside at approx. 2:00 position full length of spilldam (aprox. 48" long) and rearward one ring space with grab rails at each end. Add 2:00 CTRMC walkway assembly around manhole with collapsible (actuated by linkage to folding step on ladder) outside hand rail & mid-rail on an insulated trailer.  **Add to the 2:00 walkway and additional handrail to actuate with handrail and allow access to front spilldam walkway and provide fall protection/avoid trip hazard.** |
| 7. Walkway to Cleanouts: | 19" wide on top centerline from spilldam out to cleanouts. |
| 8. Walkway Material: | Aluminum diamond type. |
| 9. Hose Carrier Type: | 10" X 21' aluminum hose tubes with doors each end.<br>NOTE: Move hose tube on roadside forward so that the door hits the top of the light box.<br>tack hose tube collars. |



| 450 Arlington Avenue | Order For: | QUALITY CARRIERS, INC. |
|---|---|---|
| Fond du Lac, WI 54935 | Proposal #: | 8151592 |
| www.brennertank.com | Order #: | |
| Toll Free: 800-558-9750 | Proposal Date: | 10/1/2021 |
| Fax: 920-922-3303 | | Page: 6 of 14 |

| 10. Hose Carrier Position: | (2) carriers with one mounted on each side. |
|---|---|
| 11. Capacity Indicator: | None. |
| 12. Cabinet: | None. |
| 13. Conspicuity Tape: | 2" wide retro-reflective tape in accordance with US DOT NHTSA rules. |
| 14. DOT Sign Holders: | (4) aluminum slide in style sign holders with sides mounted on jacket approx. 60" from ground, front and rear mounted on heads. |
| 15. Certificate Holder: | (1) James King #550 document holder lower roadside on front head.  Copy of DOT inspection reports should be placed inside |
| 16. Thermometer: | (1) 0-400° F liquid filled type, located curbside eye level near center of tank. |
| 17. Data Plates: | Data plates to be stamped in U.S. gallons and lbs. |

| : : Other | |
|---|---|
| 1. Calibration: | Paper chart, theoretical computer printout in 1/4" increments.  Provide SS engraved chart near ladder. |
| 2. Customer Decals: | Empty weight to be decaled on curbside landing gear frame. **Install capacity decals** on curbside and roadside of spilldam. **Install customer supplied decals** on front and rear head only, not on sides of trailer.  Install decal identifying ground lugs. Do not install decal at thermo as the tanks are rated for 400° |
| 3. Unit Number Decals: | **Install customer supplied unit number decals.  Engineering to send VIN # listing to customer when available for customer to specify the unit number to be installed on each trailer by VIN.** |
| 4. Transport Canada Registration: | This proposal does not include certification to Transport Canada regulation (TC406, TC407, or TC412).  Such efforts, if required, will result in additional charges, and possibly delayed delivery.<br><br>Cargo tank motor vehicles manufactured (completed) in Canada must be constructed in compliance with CSA B620 Standards. While US DOT specification cargo tanks manufactured and certified as complete in the US can be used in Canada, a US DOT cargo tank cannot be manufactured (completed) and used in Canada.  Wabash Tank Trailers assumes no responsibility for the importation of vehicles into Canada that are ordered with equipment shortages which do not allow the cargo tank motor vehicle to be fully certified to US DOT specifications. There is no guarantee that any vehicle deemed admissible into Canada can be successfully modified to meet Canadian, CSA B620 requirements. |
| 5. Warranty Period: | 5-year on barrel, 3-year on remaining Brenner parts and in accordance with vendor terms on purchased components |
| 6. Vapor Test: | Certification to E.P.A. Method 27 is not provided by OEM. |
| 7. Drawings: | Send drawings to Customer prior to production for approval. Turnaround response on drawings: required back within 48 hours. After 72 hours OEM will assume customer approval and correctness of drawings and production will proceed. Any requested delays by customer for more response time will move trailers out in production schedule. |
| 8. Sale Subject To FET: | Yes. |
| 9. Non-Standard Notes: | Where applicable - Include lean duplex special provision (DOT-SP 14467) documenation in James King document holder. |
| 10. Non-Standard Notes: | All Chicago fittings are to be SS.  Use all liquid filled pressure gauges |
| 11. Non-Standard Notes: | Brenner to furnish a copy of final specifications, paper copy of all data plates, operator's manual, parts manual, Part 180 FMCSA inspection, MSO, certificate of compliance and weight ticket |



| | |
|---|---|
| 450 Arlington Avenue<br>Fond du Lac, WI  54935<br>www.brennertank.com<br>Toll Free: 800-558-9750<br>Fax: 920-922-3303 | Order For:        QUALITY CARRIERS, INC.<br>Proposal #:      8151592<br>Order #:<br>Proposal Date:  10/1/2021<br>Page: 7 of 14 |

## : : Customer Supplied Parts
Tires, wheel locks, decals.

## : : Tractor Information

| Make: | Freightliner |
|---|---|
| Model: | Day Cab |
| *W.B.: | 205" & 217" |
| C.A.: | 100" |
| B.A.: | 28" |
| A.F.: | |
| Required S.A. (If Fixed): | |
| *Fifth Wheel Height: | 49" |
| *Axle Weight Rear: | 8,800 Pounds |
| *Axle Weight Front: | 9,500 Pounds |
| *Lift Axle Location (If Applicable): | 18,300 Pounds |
| *Required Information: | |



| Please mark one box. | | Use Brenner standard tractor data listed above. |
|---|---|---|
| | X | Use other tractor data listed below. |

| Make: | Freightliner |
|---|---|
| Model: | Sleeper Cab |
| *W.B.: | 242" |
| C.A.: | |
| B.A.: | |
| A.F.: | |
| Required S.A. (If Fixed): | |
| *Fifth Wheel Height: | 49" |
| *Axle Weight Rear: | 9,055 Pounds |
| *Axle Weight Front: | 11,345 Pounds |
| *Lift Axle Location (If | 20,400 Pounds |
| *Required Information: | |

| | | |
|---|---|---|
| 450 Arlington Avenue<br>Fond du Lac, WI  54935<br>www.brennertank.com<br>Toll Free: 800-558-9750<br>Fax: 920-922-3303 | **BRENNER** | Order For:      QUALITY CARRIERS, INC.<br>Proposal #:    8151592<br>Order #:<br>Proposal Date: 10/1/2021<br>Page: 8 of 14 |

**: : Price Adjustment Clause**

stainless steel costs continue to fluctuate dramatically, and lead times for stainless steel tanks have increased to a point where estimated delivery dates are well beyond the window for accurately predicting the costs of materials.  Accordingly, final pricing shall be adjusted:

    1.) To reflect changes (upward or downward) of *stainless steel surcharges* between order placement and start of production, *and*

    2.) capture *other cost increases* in purchased materials and components.  these cost increases may include, but are not limited to, escalation in metal base prices, insulation, suspension, valves, etc., as applicable.

A *stainless steel Surcharge Adjustment* will be added to the quoted price of each trailer, calculated as follows:

- Actual type 316 stainless steel surcharge per pound in effect the month previous to production start date as published by North American Stainless (see http://www.northamericanstainless.com/NAS_App/Surcharge1?language=E&type=F ), less
- September-2018 type 316 stainless steel surcharge of $1.0721 per pound, times
- 0 lbs estimated weight of type 316 stainless steel, plus 12% FET (if applicable), equals
- Raw Material Surcharge Adjustment – type 316 stainless steel


- Actual type 304 stainless steel surcharge per pound in effect the month previous to production start date as published by North American Stainless (see http://www.northamericanstainless.com/NAS_App/Surcharge1?language=E&type=F ), less
- September-2018 type 304 stainless steel surcharge of $0.765 per pound, times
- 1790 lbs estimated weight of type 304 stainless steel, plus 12% FET (if applicable), equals
- Raw Material Surcharge Adjustment – type 304 stainless steel

- Actual type 201LN stainless steel surcharge per pound in effect the month previous to production start date as published by ALLEGHENY LUDLUM (see http://www.alleghenyludlum.com/ludlum/pages/SurchargeCalculator/SurchargeFront.asp?type=Stainless%20Steel ),
- September-2018 type 201LN stainless steel surcharge of $0.77 per pound, times
- 2907 lbs estimated weight of type 201LN stainless steel, plus 12% FET (if applicable), equals
- Raw Material Surcharge Adjustment – type 201LN stainless steel

The total price adjustment will be the sum of the *stainless steel surcharge adjustment* and the *other cost increases*.
**WEIGHTS TO BE DETERMINED AT TIME OF ORDER.**

**: : Finance Company** (if applicable)

| Company name: | | | |
|---|---|---|---|
| Name: | Phone/Fax: | E-mail: | |

| 450 Arlington Avenue<br>Fond du Lac, WI  54935<br>www.brennertank.com<br>Toll Free: 800-558-9750<br>Fax: 920-922-3303 | **BRENNER** | Order For:   QUALITY CARRIERS, INC.<br>Proposal #:   8151592<br>Order #:<br>Proposal Date: 10/1/2021<br><br>Page: 9 of 14 |

## : : Pricing (Prices subject to review and revision at time of order acceptance)

| | Qty | Unit $ | Ext $ |
|---|---|---|---|
| Pricing Without Federal Excise Tax: | 40 | | |
| Federal Excise Tax (if applicable): | 40 | | |
| Freight estimate to: **TBD**    Truck: **X**    Rail:    N/A: | | | |
| Total price:    FOB: SJI | 40 | | |

**\* Customer is requesting completions ASAP in Q1 2022.**

## : : Completion (subject to review and revision upon acceptance of order)

**Promised date is subject to change under the following conditions:**
1. Change in customer credit status.
2. Approval drawing not signed by designated date.
3. Down payment not received by designated date.
4. Customer initiated change order extends design or manufacture time, or requires raw material or components outside the production window.

Schedule:

## : : Price Adjustment

Buyer's attention is directed to paragraph 2 of Brenner's General Terms and Conditions of Sale and to the price adjustment clause included in this proposal.

## : : Payment Terms

| Due Date (check one) | | Method Of Payment (check one) | | | Down Payment Due Date: | 10/20/2021 |
|---|---|---|---|---|---|---|
| Unit Completion Date | X | Check | X | | Amount To Be Paid At Time Of Order (each unit) | |
| Net Days to Pay (insert no. of days) | | Cashier's Check | | | Balance Due Upon Completion (each unit) | |
| Other | | Wire Transfer | | | | |
| If blank, payment due on completion | | Irrevocable Letter of Credit | | | Total Price / unit | |

## : : Agreement

I agree to the above terms which are further defined in the general terms and conditions of sales attached to this order and acknowledge title to equipment shall remain with seller until full payment is received - see paragraph #6.  I further agree that the specifications provided with this order accurately describe the product intended for purchase.

| Customer Name:   QUALITY CARRIERS, INC. | | | |
|---|---|---|---|
| Customer Purchase Order: | Contact:   STEVE CRAIG | | |
| Brenner Tank LLC Proposal Prepared By:   Rob Hermes | | Date: | 10/1/2021 |
| Customer Signature:   *Steve Craig* | | Date: | 10/07/21 |
| Brenner Tank LLC Accepted By: | | Date: | |

**Note:** Quoted prices are valid for 15 days.  All quotes and orders are subject to the price adjustment clause.

| 450 Arlington Avenue<br>Fond du Lac, WI 54935<br>www.brennertank.com<br>Toll Free: 800-558-9750<br>Fax: 920-922-3303 |  | Order For:    QUALITY CARRIERS, INC.<br>Proposal #:    8151592<br>Order #:<br>Proposal Date: 10/1/2021<br>Page: 10 of 14 |

## : : General Terms and Conditions of Sale

**1. ACCEPTANCE OF ORDERS.** All orders are subject to acceptance in writing by an authorized representative of Seller. Orders are not accepted until accepted in writing by such authorized representative of Seller and until the down payment as requested by Seller is received in full by Seller. BUYER'S ORDER IS ACCEPTED ONLY ON THE TERMS AND CONDITIONS CONTAINED HEREIN, AND THE PROVISIONS OF ANY PURCHASE ORDER OR OTHER WRITING INCONSISTENT HEREWITH ARE REJECTED AND SHALL NOT CONSTITUTE A PART OF THE CONTRACT.

**2. PRICE.** Seller and Buyer agree that the price to be paid by Buyer for the equipment described on the order attached hereto (hereinafter referred to as the "Equipment") may be adjusted for cost increases experienced by Seller and agreed to by Buyer, which may increase the total price from that stated on the front hereof. The price is also subject to adjustment any change made by Buyer and approved by Seller in any of the specifications or other terms of this contract. Buyer acknowledges that a change order resulting in additional engineering time may impact the price and delivery time. All prices listed are in United States dollars.

**3. TAXES, FEES AND CHARGES.** The purchase price for Equipment shall be: (a) F.O.B. Seller's facility or such other shipping point as Seller shall designate ("shipping point"); (b) exclusive of applicable federal, state and local taxes (including sales and use taxes), excises, duties and import fees ("Taxes"), which Buyer shall pay or reimburse to Seller; (c) if the Equipment is to be made exempt from Taxes, Buyer agrees to provide Seller with such documentation as is required under relevant tax statutes, regulations, and other published authorities to substantiate the tax exempt nature of the purchase before Seller delivers sales invoices to the Buyer which omit the Taxes. Buyer further agrees that such documents will be prepared and executed in accordance with the requirements of the taxing jurisdictions which provide for exemptions from the Taxes and that Seller may rely on the Buyer's representations made therein as the basis for omitting billing of the Taxes; and (d) exclusive of freight and delivery charges, licensing expenses and insurance, all of which Buyer shall pay.

**4. PAYMENT.** Payment terms are as specified on the proposal attached hereto. Unless otherwise specified, payment is due on the Completion Date of each unit. All past due amounts shall bear interest from and after the due date thereof at the rate of twelve percent (12%) per annum. In addition, payments received more than three (3) days after the due date shall be subject to a late charge of $10.00 for each day that such payment remains unpaid. All payments shall be made without deduction or right of setoff for any reason. Buyer shall pay all reasonable costs, attorneys' fees and expenses incurred by the Seller in pursuing collection of any past due amount or in enforcing any provision of this contract. An irrevocable letter of credit, if required, must be drawn on a US bank reasonably acceptable to Seller.

**5. COMPLETION.** The "Completion Date" is the date when the Equipment is ready for use by Buyer, whether or not Buyer takes possession of the Equipment. The Completion Date specified on the order attached hereto is approximate. The Completion Date is subject to adjustment by Seller for any change made by Buyer and approved by Seller. Buyer acknowledges that a change order or failure to provide timely any Buyer-supplied components may impact the Completion Date.

**6. BUYER SUPPLIED ITEMS.** If Buyer is to supply components or materials: (a) Buyer shall provide supplier profile/identification to Seller at time of order acceptance; and (b) Buyer shall ensure supplier complies with Wabash's Customer Supplied Material Standard Requirements and shall ensure that such components or materials are received by Seller no later than ten (10) days prior to production date. If Buyer does not timely supply such items, Seller may, without recourse and at its sole discretion, cancel or reschedule production, incorporate substitute materials or refuse to incorporate materials, to include manufacturing trailers without decals. Buyer agrees to be financially responsible for any and all incidental and consequential costs associated with the late supply and failure of buyer-supplied components and materials.



| 450 Arlington Avenue | Order For: | QUALITY CARRIERS, INC. |
| Fond du Lac, WI  54935 | Proposal #: | 8151592 |
| www.brennertank.com | Order #: | |
| Toll Free: 800-558-9750 | Proposal Date: 10/1/2021 | |
| Fax: 920-922-3303 | | Page: 11 of 14 |

**7.   SHIPMENT; RISK OF LOSS; TITLE.**  See language from PAYMENT terms.  The purchase price shall be FOB Seller's facility for domestic orders and FCA Seller's facility for international orders, unless otherwise specified by Seller in writing. Unless otherwise specified by Buyer, Seller shall place the Equipment in the possession of such a carrier of Seller's choice and make such a contract for its transportation as may be reasonable; having regard for the nature of the Equipment and good commercial standards, unless the equipment sold is FOB Buyer's location. Buyer shall bear all expenses paid or incurred by Seller in delivering the Equipment. For domestic shipments, risk of loss or damage (including damage resulting from weather or other acts of God) of the Equipment shall pass to Buyer at the time it is tendered for shipment. For international shipments managed by Seller risk of loss transfers at the designated port. Titles and Manufacturing Statement of Origins (MSO's) to the Equipment shall remain with Seller until full payment is received by Seller, including any late fees or interest.  After thirty (30) days, Buyer shall pay a storage fee of twenty-five dollars ($25.00) per day per piece of Equipment with Seller reserving the right to transport and deliver the goods to Buyer solely at the Buyer's expense, to include a one hundred dollar ($100.00) transportation arrangement fee.

**8.   INSPECTION UPON DELIVERY.** Buyer shall be responsible for thoroughly inspecting the Equipment upon receipt and waives any right to object to any defect or damage that would otherwise have been discoverable during a thorough inspection at such time if Buyer does not inform Seller in writing regarding such defect or damage within ten (10) days after initial receipt of the Equipment and prior to use of the Equipment.

**9.   LIMITED WARRANTY, DISCLAIMERS, AND LIMITATION OF LIABILITY.**
A. Seller warrants the Equipment manufactured by it to be free from defects in material and workmanship.  Any refurbished Equipment shall conform to Pressure Vessel Code and US Department of Transportation Regulations, if applicable. For a period of one (1) year following the Completion Date (the "Warranty Period"), Seller, at its option, shall correct by repair or replacement any defect in material or workmanship in any part of a product manufactured by it, subject to the following conditions: (a) Promptly upon discovery, written notice of any such claimed defect must be given to Seller during the Warranty Period; (b) Seller shall have the right to inspect the claimed defective Equipment at such time and place as it reasonably requests; (c) If the Seller requests, the Equipment must be made available for repair within fifteen (15) days after Seller notifies Buyer of the repair procedure, but shall not be returned before such notification is given; (d) Unauthorized repairs shall void this warranty; (e) This warranty does not apply to parts requiring replacement because of natural wear and tear, or to products, accessories, parts or attachments which were not manufactured by Seller - Seller receives warranties on certain components purchased by it and passes through such warranties to Buyer, and Seller's obligation with respect to such components shall be limited to the extent of the warranties, if any, given and honored by its suppliers; (f) This warranty shall not apply if parts and/or labor are required due to accident, abuse or improper or neglected maintenance; (g) When alterations are made or parts or attachments are installed by Buyer or for him by others, this warranty shall be void and Seller shall not be responsible for such alterations or installations, or for the operation of the Equipment thereafter; (h) This warranty shall be void when Equipment is subjected to weight loads or pressures, is used on terrain for which it was not designed, or are used to contain, or is cleaned with, materials having corrosive, temperature or other characteristics for which the Equipment was not designed; (i) Seller shall not be obligated to furnish "loaners" or any compensation for rented, loaned or borrowed equipment while repair is being made under this warranty; (j) All repairs under this warranty shall be made at a mutually agreed-upon location, and Buyer must bear the risk and expense of transporting the Equipment to Seller's plant or such other designated place; (k) For warranty beyond (1) year, see the specific warranty certificates supplied with the Equipment; and (l) This warranty applies only to the original purchaser from Seller.
B. The description on the front hereof does not create any warranty, express or implied. Seller may substitute any comparable component in the Equipment, and Equipment with such substituted components shall be considered in conformance with Seller's obligations under this contract.
 C. THE FOREGOING WARRANTY IS IN LIEU OF ANY OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTY OR MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND IS IN LIEU OF ANY AND ALL OTHER OBLIGATIONS OR LIABILITY ON SELLER'S PART.



| 450 Arlington Avenue | Order For: | QUALITY CARRIERS, INC. |
| Fond du Lac, WI 54935 | Proposal #: | 8151592 |
| www.brennertank.com | Order #: | |
| Toll Free: 800-558-9750 | Proposal Date: 10/1/2021 | |
| Fax: 920-922-3303 | | Page: 12 of 14 |

## 10.  PATENT INDEMNITY.

A. In the event the Equipment furnished hereunder is claimed to infringe any United States patent issued at the time of delivery, Seller agrees, at its option: (1) to procure for Buyer the right to use the Equipment, or (2) to modify or replace the Equipment so as to avoid infringement, or (3) to accept redelivery of the Equipment and reimburse Buyer for the purchase price and any reasonable transportation expenses incurred by Buyer. Should any litigation be instituted against Buyer based on a claim that the Equipment in the condition received from Seller infringes any such United States patent, Seller will undertake the defense thereof on Buyer's behalf and pay any damages and costs awarded therein against Buyer, provided Seller is given timely written notice and is furnished with copies of all demands,  process and pleadings; and provided Buyer cooperates fully in giving Seller authority, information and assistance at Seller's expense for such defense, as well as control over the defense and any negotiations with regard to settlement.

B. THE FOREGOING REPRESENTS SELLER'S ENTIRE AND EXCLUSIVE OBLIGATION WITH RESPECT TO ANY CHARGE OF PATENT INFRINGEMENT AND IS IN LIEU OF ANY STATUTORY WARRANTY RELATING TO INFRINGEMENT. SELLER SHALL HAVE NO RESPONSIBILITY INSOFAR AS THE EQUIPMENT IS MODIFIED BY BUYER OR IS MADE OR MODIFIED BY SELLER IN ACCORDANCE WITH BUYER'S ORDER, AND BUYER SHALL WHOLLY INDEMNIFY SELLER FOR ALL DAMAGES, COSTS OR EXPENSES, INCLUDING ATTORNEY'S FEES, PAID OR INCURRED BY SELLER IN CONNECTION WITH ANY CLAIM OF INFRINGEMENT OF A PATENT, COPYRIGHT OR TRADEMARK, TRADE SECRET, OR OTHER PROPRIETARY RIGHT, WHICH ARISES OUT OF SELLER'S COMPLIANCE WITH BUYER'S SPECIFICATIONS OR ANY MODIFICATION BY BUYER. SELLER SHALL ALSO HAVE NO RESPONSIBILITY WITH REGARD TO ANY SETTLEMENT, ADMISSION OR PROMISE MADE BY BUYER WITHOUT SELLER'S PRIOR WRITTEN CONSENT, NOR SHALL SELLER BE LIABLE FOR ANY INDIRECT, SPECIAL OR CONSEQUENTIAL DAMAGES OF ANY NATURE WHATSOEVER, INCLUDING LOSS PROFITS, CLAIMED TO HAVE BEEN SUSTAINED BY BUYER OR ANY USER OF THE EQUIPMENT ARISING OUT OF ANY CLAIM OR INFRINGEMENT.

C. Seller may be entitled to indemnity from certain of its suppliers, and the rights and options vested in Seller shall extend to such suppliers and may be exercised by them.

## 11.  NO CONSEQUENTIAL OR OTHER DAMAGES. UNDER NO CIRCUMSTANCES WILL SELLER BE LIABLE FOR ANY INCIDENTAL OR CONSEQUENTIAL DAMAGES, OR FOR ANY OTHER LOSS, DAMAGE OR EXPENSE OF ANY KIND, INCLUDING, BUT NOT LIMITED TO PERSONAL INJURY, LABOR COSTS OR LOSS OF PROFITS, ARISING IN CONNECTION WITH THIS CONTRACT OR WITH THE USE OF OR INABILITY TO USE THE EQUIPMENT SOLD HEREUNDER.

## 12.  FORCE MAJEURE; EXCUSABLE DELAY. Seller shall not be liable for loss, damage, delay or failure of delivery resulting from causes or conditions beyond Seller's control, including but not limited to accidents, breakdowns, strikes, work slowdowns, sabotage, riots, insurrection, war, disease, delays, interruptions in or failure of sources to supply materials and equipment, labor and transportation, any act of government, acts of God or public enemy, or other causes and conditions, whether or not voluntarily assumed.

## 13.  COMPLIANCE WITH LAWS. Buyer shall be responsible for and compliance with all local, state, federal or international laws, rules or regulations in connection with the Equipment, and shall indemnify Seller from any failure to comply with any such laws, rules or regulations.

## 14.  TRADEMARKS. Buyer warrants that any trademark Buyer requests Seller to affix to the Equipment is owned or authorized for use by Buyer.

| 450 Arlington Avenue<br>Fond du Lac, WI 54935<br>www.brennertank.com<br>Toll Free: 800-558-9750<br>Fax: 920-922-3303 |  | Order For:     QUALITY CARRIERS, INC.<br>Proposal #:    8151592<br>Order #:<br>Proposal Date: 10/1/2021<br>Page: 13 of 14 |

**15. CANCELLATION, MODIFICATION, SUSPENSION.** Any proposed cancellation, modification, suspension, or delay in shipment by Buyer of any order or part thereof will not be accepted unless Buyer agrees to fully reimburse Seller all direct costs incurred, plus normal indirect and overhead charges, and a normal profit. No change proposed by Buyer in any specifications, terms or conditions shall be valid or binding upon Seller unless approved in writing by Seller. Seller shall have the right to cancel any accepted order without liability to Buyer if Buyer shall cease to exist, become insolvent or the subject of bankruptcy proceedings or shall commit a breach in the performance of any of its obligations hereunder.

**16. ENTIRE AGREEMENT.** Buyer's purchase order number, if any, shall be used solely for accounting purposes. This writing is intended by the parties to be a final expression of their agreement and is intended also as a complete and exclusive statement of the terms and conditions thereof.

**17. NOTICE.** Any notice shall be considered given when deposited in the United States mail, postage prepaid, addressed to the other party at the address set forth in the order.

**18. WAIVER.** No claim or right arising out of a breach of this contract can be discharged in whole or part by a waiver or renunciation of the claim or right unless the waiver or renunciation is supported by consideration and is in writing signed by the aggrieved party.

**19. SEVERABILITY.** If any provision, clause or part, or the application thereof under certain circumstances is held invalid, the remainder of this contract or the application of such provision, clause or part under other circumstances shall not be affected thereby.

**20. SET OFF.** Seller may set off any amount due from Buyer hereunder against any amount which may be due to Buyer whether or not under this contract.

**21. ASSIGNMENT.** Buyer shall not assign its rights under this contract or any interest therein without Seller's prior written consent. Seller shall have the right to assign its rights under this contract to any successor in interest.

**22. CONTROLLING LAW; VENUE.** This transaction shall be governed by, and this agreement shall be construed and enforced in accordance with the laws of the State of Wisconsin, excluding its conflicts of law provisions. Any disputes arising hereunder or relating to the Equipment shall be venued and brought in Circuit Court in Fond du Lac County, Wisconsin. Each party consents to this venue and waives any objections or defenses to same.

**23. SECURITY INTEREST.** If financing is involved or under other circumstances if Seller so chooses, Buyer agrees to execute such further documents as Seller requests to reflect Buyer's obligation to pay the deferred portion of the price and perfect a security interest in the Equipment and/or other collateral as security for payment thereof. The Equipment shall at all times be considered personal property and shall not be deemed a fixture or a part of or an appurtenance to any building real estate or vehicle, even though attached thereto. Damage to or loss or destruction of the Equipment shall not release Buyer from its payment obligation.

**24. TRADE-IN.** If a trade-in is involved, Buyer shall be responsible for maintaining the equipment to be traded in the same condition as when inspected by Seller in determining the trade-in allowance. The trade-in allowance shall be adjusted, or eliminated, for any subsequent change in condition of the equipment to be traded.

| 450 Arlington Avenue<br>Fond du Lac, WI  54935<br>www.brennertank.com<br>Toll Free: 800-558-9750<br>Fax: 920-922-3303 | **BRENNER** | Order For:       QUALITY CARRIERS, INC.<br>Proposal #:      8151592<br>Order #:<br>Proposal Date: 10/1/2021 |
|---|---|---|
| | | Page: 14 of 14 |

**25.  EXPORT ADMINISTRATION REGULATIONS.** Each Party acknowledges and agrees certain information and/or equipment and/or permitted users and/or destinations can be subject to U.S. export control laws and regulations under 22 C.F.R. Section 120 et seq. of the International Traffic in Arms Regulations ("ITAR"), 15 C.F.R. Section 730 et seq. of the Export Administration Regulations ("EAR"), and the economic and trade sanctions administered by the United States Treasury Office of Foreign Assets Control under 31 C.F.R. Section 501 et seq. ("OFAC"), and by entering into this Agreement, the Parties agree that they will not violate any laws and/or regulations under ITAR, EAR, and OFAC, and that they will not without limitation, disclose, transfer, or export information and/or equipment identified as being subject to ITAR and EAR to third parties, including foreign persons or entities whether or not related to or affiliated with such party, and/or subcontract out any work and/or orders arising from this Agreement without first receiving express written consent from the disclosing party and as required by contract or by law, each Party may need to register with the Directorate of Defense Trade Controls.  If either Party does not comply with its obligations under this paragraph or any terms specified in this Agreement such non-complying Party will indemnify, hold harmless, and defend the other party as to any violations that the non-complying party may cause under ITAR, EAR, or OFAC, including but not limited to the payment of civil and criminal penalties, all costs and expenses and attorney's fees.   Buyer further acknowledges and agrees that prior authorization from the U.S. Government may be required for the sale, transfer, and export of any equipment from the United States and any retransfer and reexport of equipment. Accordingly, Buyer acknowledges and agrees that this sale is contingent upon the U.S Government issuing any required authorizations.  Neither party shall be liable to the other for any delay or failure to perform caused by the delay or denial of the U.S. Government to issue any required export, reexport or retransfer authorization for equipment.

| Customer Signature: | | Date: | 10-7-21 |
|---|---|---|---|