# Exhibit C

Fond du Lac, WI

## SUPPLEMENTAL AFFIDAVIT OF RICK KOSTRO

Rick Kostro, being duly sworn, states and declares as follows:

1.      My name is Rick Kostro.  I am over eighteen (18) years of age and I am competent to testify in all respects. I have personal knowledge regarding the matters stated in this supplemental affidavit. If called to testify, I could and would testify consistently with statements in this supplemental affidavit.

2.      I previously provided an Affidavit in regard to this matter dated July 23, 2024.  Since then, I have reviewed the First Amended Complaint filed on September 23, 2024 (Doc. 52), the Affidavit of Jonathan Richie filed on August 22, 2024 (Doc. 37 Pg. 19-22) and the merger document from the State of Delaware (attached as **Exhibit A**).

3.      I have again reviewed my initial Affidavit and affirm the statements made in that Affidavit.

4.      Prior to the merger referenced in Exhibit A, Brenner Tank Services LLC was a separate business entity from Brenner Tank LLC.

5.      Brenner Tank LLC is a separate business entity from Wabash National Trailer Centers, Inc.

6.      Brenner Tank Services LLC never designed, manufactured, marketed or sold new chemical and petrochemical tank trailers.

7.      Brenner Tank LLC does not provide inspection or repair services and, other than for warranty claims, does not provide parts for tank trailers. I searched and could not locate any records of any parts being delivered to Alabama for warranty claims in the past 10 years.

8.      Brenner Tank LLC designs, manufactures, markets and sells chemical and petrochemical tank trailers.

9.      With respect to the Richie Affidavit, ¶ 12, Brenner Tank LLC does not have an "open account" with Gulf Coast Express Carriers or Gulf States Truck & Trailer Repair Corp. Brenner Tank LLC has never sold or delivered any trailers to either Gulf Coast Express Carriers or Gulf States Truck & Trailer Repair Corp. at any Alabama location. Brenner Tank LLC was involved in the design of tank trailers sold by Bulk International to a Gulf Coast Express Carriers location in Luling, Louisiana in 2013, which, upon information and belief, were picked up in Texas by Gulf Coast Express Carriers or a carrier it hired.

10.     With respect to the Richie Affidavit, ¶ 13 Brenner Tank LLC has sold trailers to Transwood, Inc., however, all sales were to their location in Omaha, Nebraska. Brenner Tank LLC never made any shipments or deliveries to any Alabama location. Further, the customer picked all shipments up directly from Brenner Tank LLC.

11.     With respect to the Richie Affidavit, ¶ 14, Brenner Tank LLC has never sold or delivered any tank trailers to any of Martin Transport, Inc.'s Alabama location(s).  Brenner Tank LLC has sold tank trailers to Martin Transport with an address in Kilgore, Texas.

12.     With respect to the Richie Affidavit, ¶ 15, Brenner Tank LLC has never sold any trailers to Robbie D. Wood, Inc.  Based on information and belief, Wood may have leased trailers from Jack Olsta Co, which is located in Huntsville, Texas.


FURTHER, AFFIANT SAITH NOT.

_____
Rick Kostro

Subscribed and sworn to before me, this _____4th_____ day of October, 2024.


_____
NOTARY PUBLIC
Deborah A. Olson
State of Wisconsin
County of Fond du Lac
Notary Expires 8/25/28



# Exhibit A



# Delaware

The First State

Page 1

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:*

*"BRENNER TANK SERVICES LLC", A WISCONSIN LIMITED LIABILITY COMPANY,*

*WITH AND INTO "WABASH NATIONAL TRAILER CENTERS, INC." UNDER THE NAME OF "WABASH NATIONAL TRAILER CENTERS, INC.", A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE ON THE TWENTY-SECOND DAY OF DECEMBER, A.D. 2022, AT 3:55 O`CLOCK P.M.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE THIRTY-FIRST DAY OF DECEMBER, A.D. 2022 AT 12:04 O'CLOCK A.M.*



Jeffrey W. Bullock, Secretary of State

2735206  8100M
SR# 20224356234

Authentication: 205194555
Date: 12-27-22

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:55 PM 12/22/2022
FILED 03:55 PM 12/22/2022
SR 20224356234 - File Number 2735206

# STATE OF DELAWARE
## CERTIFICATE OF MERGER OF
## DOMESTIC CORPORATION AND
## FOREIGN LIMITED LIABILITY COMPANY

Pursuant to Title 8, Section 264(c) of the Delaware General Corporation Law, the undersigned corporation executed the following Certificate of Merger:

**FIRST**: The name of the surviving corporation is Wabash National Trailer Centers, Inc. , a Delaware Corporation, and the name of the limited liability company being merged into this surviving corporation is Brenner Tank Services LLC a *(list jurisdiction)* Wisconsin limited liability company.

**SECOND**: The Agreement of Merger has been approved, adopted, certified, executed and acknowledged by the surviving corporation and the merging limited liability company.

**THIRD**: The name of the surviving corporation is Wabash National Trailer Centers, Inc. .

**FOURTH**: The merger is to become effective on 12/31/2022 at 12:04 a.m. .

**FIFTH**: The Agreement of Merger is on file at 3900 McCarty Lane, Suite 220, Lafayette, IN 47905 , the place of business of the surviving corporation.

**SIXTH**: A copy of the Agreement of Merger will be furnished by the corporation on request, without cost, to any stockholder of any constituent corporation or member of any constituent limited liability company.

**SEVENTH**: The Certificate of Incorporation of the surviving corporation shall be its Certificate of Incorporation.

**IN WITNESS WHEREOF**, said Corporation has caused this certificate to be signed by an authorized officer, the 19th day of December ,A.D., 2022 .

By: _____
Authorized Officer

Name: M. Kristin Glazner
Print or Type

Title: Secretary