# Exhibit D

Denham Springs, LA

## AFFIDAVIT OF CHRISTOPHER MORGAN

Christopher Morgan, being duly sworn, states and declares as follows:

1. My name is Christopher Morgan. I am over eighteen (18) years of age and I am competent to testify in all respects. I have personal knowledge regarding the matters stated in this affidavit. If called to testify, I could and would testify consistently with the statements in this affidavit.

2. I have reviewed the First Amended Complaint filed on September 23, 2024 (Doc. 52), the Affidavit of Jonathan Richie filed on August 22, 2024 (Doc. 37 Pg. 19-22), the February 2022 news release attached as **Exhibit A,** and the invoices attached as **Exhibit B.**

3. From March 11, 2020 to December 31, 2022, I held the title of General Manager at a Brenner Tank Services LLC facility located at 6575 Airline Hwy, Baton Rouge, LA 70805.

4. The facility and paperwork, such as invoices, included the Brenner brand name, but also specifically Brenner Tank Services LLC until 2022.

5. In 2022, the Wabash family of companies began a new marketing program, OneWabash, and all the individual companies began using the Wabash brand name. See **Exhibit A**. Our facility signs and paperwork began to use the Wabash brand name.

6.    Effective December 31, 2022, Brenner Tank Services LLC merged into Wabash National Trailer Centers, Inc.

7.    After the merger, I continued to hold the title of General Manager at what was now the Wabash National Trailer Centers, Inc. facility located at 6575 Airline Hwy, Baton Rouge, LA 70805. I remain in that position.

8.    Wabash National Trailer Centers, Inc. provides inspection and repair services and parts for tank trailers. This was also true of Brenner Tank Services LLC before the merger.

9.    Wabash National Trailer Centers, Inc. does not design, manufacture, market or sell chemical and petrochemical tank trailers. This was also true of Brenner Tank Services LLC before the merger.

10.    Wabash National Trailer Centers, Inc. does not own or operate any manufacturing facilities, service centers, repair centers or part depots in Alabama. This was also true of Brenner Tank Services LLC before the merger.

11.    Wabash National Trailer Centers, Inc. occasionally sells parts into Alabama. This was also true of Brenner Tank Services LLC before the merger. I reviewed our records for invoices related to Alabama and printed the Invoices attached as **Exhibit B** as examples.

12.    In 2023, Wabash National Trailer Centers, Inc. sold approximately $360,000.00 worth of parts into Alabama.

13. When selling parts into Alabama, all invoices were from either Brenner Tank Services, LLC (pre-merger) or are now from Wabash National Trailer Centers, Inc. (post-merger).

14. In response to ¶ 8 of the Richie Affidavit, I am not aware of any invoices for parts sold or delivered into Alabama that say "Brenner Tank LLC" or "Brenner Tank Co., Inc."

15. In response to ¶ 9 of the Richie Affidavit, Wabash National Trailer Centers, Inc. – and Brenner Tank Services LLC before it – sold parts directly to the Creola, Alabama shop – but those parts were only sold by either Wabash National Trailer Centers, Inc. or Brenner Tank Services LLC (pre-merger). See, e.g., the Invoices, **Exhibit B**.

16. All purchases and sales of parts into Alabama, including those referenced in the Richie Affidavit ¶ 9, were sales by Wabash National Trailer Centers, Inc. – and Brenner Tank Services LLC before it.

17. A single outside parts sales representative of Wabash National Trailer Centers, Inc. occasionally visits Alabama to market the business of Wabash National Trailer Centers, Inc. and while there deliver parts to repair shops in Alabama. Currently, this job is performed by Alex Wolf. Deliveries of parts are also made by common carrier into Alabama.

18. Alex Wolf, who is identified in the Richie Affidavit, did not work as an outside-parts sales representative for Wabash National Trailer Centers, Inc. until after the incident identified in the Amended Complaint. Mr. Wolf did not start working in this capacity until May 27, 2024.

19. It would have been impossible for Mr. Wolf to have delivered parts or visited the Creola, Alabama location prior to starting his role as an outside sales representative, which did not happen until May 27, 2024, which was after the May 13, 2024 alleged incident date.

20. In his capacity as sales representative with Wabash National Trailer Centers, Inc., Mr. Wolf made a single delivery of after-market parts to Mr. Richie in Alabama, which was after the May 13, 2024 incident identified in the Amended Complaint and not related in any way to the alleged incident in the Amended Complaint. Based upon my review of records, this was the only time Mr. Wolf was ever at this location in Creola, Alabama.

FURTHER, AFFIANT SAITH NOT.

_____
Christopher Morgan

Subscribed and sworn to before me, this ___07___ day of October, 2024.

_____
NOTARY PUBLIC

DENNIS J. KIMBLE
Notary Public
Notary ID No. 50400
East Baton Rouge Parish, Louisiana
My Commission is for Life

# EXHIBIT A



INVESTOR HOME | NEWS | EVENTS & PRESENTATIONS | STOCK INFORMATION | FINANCIALS | GOVERNANCE | RESOURCES

CORPORATE RESPONSIBILITY
GOVERNANCE DOCUMENTS
EXECUTIVE MANAGEMENT
BOARD OF DIRECTORS
COMMITTEE COMPOSITION

# NEWS DETAILS

View All News →

## Wabash Reveals New Branding, Website as Company Prepares for Next Phase of Growth

February 2, 2022

LAFAYETTE, Ind., Feb. 02, 2022 (GLOBE NEWSWIRE) -- Wabash (NYSE: WNC), the visionary leader of engineered solutions for the transportation, logistics and distribution industries, today announced it has rebranded the corporation and its portfolio of brands under one, powerful Wabash brand that unites the company's products and services, employees, customers and business partners.

Wabash will no longer go to market as Wabash National® or with certain trade or brand names that it acquired over the last 16 years, including Benson®, Brenner®, Bulk Tank, Supreme®, Transcraft® and Walker™. The company and its industry-leading van trailers, platform trailers, tank trailers, truck bodies, process systems, and parts and services will be rebranded and marketed as Wabash®.

"The decision to rebrand the company and our family of brands was a strategic choice that will help the company in its long-term growth strategy," said President and Chief Executive Officer Brent Yeagy. "There is a momentous transition happening in transportation, logistics, and distribution as the industry adapts to a compilation of forces. At Wabash, we see a different future reality than our competition, and we've chosen to go down a substantially different path to re-shape the industry and pull that future forward for our customers. This rebrand reflects our own transformation and unites our legacy brands as 'One Wabash'—the visionary leader in transportation, logistics and distribution that is making sweeping changes to prepare our customers for a very different world."

The rebrand comes after nearly four years of organizational change that includes rallying the organization around a new purpose of Changing How the World Reaches You™; leveraging the Wabash Management System to scale excellence; reorganizing into a customer-centric operating model; and aligning the company's financial reporting structure with the new organizational design and go-to-market strategy.

In addition to the rebrand, Wabash is also introducing the brand name for its proprietary molded structural composite used in refrigerated transportation: EcoNex™ Technology. EcoNex Technology, formerly referred to as MSC Technology™, is one of the most environmentally conscious materials in the transportation market, designed to advance sustainability throughout the transportation, logistics and distribution industry. This technology has already been recognized in the industry with several awards for advancing sustainability in commercial transportation.

The company's rebrand includes the launch of its new website at OneWabash.com.

Wabash will remain listed on the New York Stock Exchange under the ticker symbol WNC. The rebrand and elimination of legacy sub-brands does not change legal entities of the company, nor affect contracts, terms, or conditions in place with customers, dealers, suppliers or other stakeholders.

**About Wabash**
Wabash (NYSE: WNC) is the visionary leader of engineered solutions for the transportation, logistics and distribution industries that is Changing How the World Reaches You™. Headquartered in Lafayette, Indiana, the company enables customers to thrive by providing insight into tomorrow and delivering pragmatic solutions today to move everything from first to final mile. Wabash designs, manufactures, and services a diverse range of products, including: dry freight and refrigerated trailers, flatbed trailers, tank trailers, dry and refrigerated truck bodies, structural composite panels and products, trailer aerodynamic solutions, and specialty food grade processing equipment. Learn more at www.onewabash.com.

**Media Contact:**
Dana Stelsel
Director, Communications
(765) 771-5766
dana.stelsel@onewabash.com

**Investor Relations:**
Ryan Reed
Director, Corporate Development & Investor Relations
(765) 490-5664
ryan.reed@onewabash.com

A video accompanying this announcement is available at

https://www.globenewswire.com/NewsRoom/AttachmentNg/cb090167-540b-4843-a20e-a458c3b217ea



Source: Wabash

View All News →



**IR CONTACT**
Ryan Reed
VP, Corporate Development, IR and FP&A

☎ (765) 490-5664
✉ Send Email

**EMAIL ALERTS**
Enter your Email Address

☐ News             ☐ Events & Presentations    ☐ Quarterly Reports
☐ Annual Reports   ☐ SEC Filings               ☐ End of Day Stock Quote

SUBMIT

UNSUBSCRIBE

© 2024 Wabash National Corporation. All rights reserved.
Powered By Q4 Inc. 5.136.1.1

PRIVACY POLICY | TERMS | CALIFORNIA TRANSPARENCY IN SUPPLY CHAINS ACT OF 2014

# EXHIBIT B

Brenner Tank Services LLC
6575 Airline Hwy
Baton Rouge LA 70805
Ph: (225) 356-5050
    (000) 000-0000
Fax: (225) 356-6016



| Invoice #: | BAT 790228 |
|---|---|
| Date: | 3/11/2022 |
| Page: | 1 |
| Master #: | 771,337 |

# BATON ROUG
## Invoice

**Bill To:**
GULF STATES TRUCK & TRAILER REPAIR
151 JACKIE BEE RD
LULING LA   70070

Ph: (800) 782-6572    Fax: (000) 000-0000

**Ship To:**
GULF STATES TRUCK & TRAILER REPAIR
10837 HWY 43 NORTH
CREOLA AL   36525

Ph: (000) 000-0000    Fax: (000) 000-0000

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Order Taken By |
|---|---|---|---|---|---|
| MOPO-0200 | GULFSTATESLULLA | TRAWICK | FEDEX GROUND | Net 30 | ccannon |

| Ord | Ship | B/O | Item Number | Description | UOM | | Price | Ext. Price |
|---|---|---|---|---|---|---|---|---|
| 8 | 8 | 0 | STM-A518445 | STEMCO BEARING, TP AXLE | Each | | $39.27 | $314.16 |
| 4 | 4 | 0 | STM-447-4723 | STEMCO PRO-TORQ AXLE NUT FOR TP AXLE | Each | | $43.10 | $172.40 |
| 4 | 4 | 0 | STM-372-7099 | 'STEMCO GRIT GUARD HUB SEAL 2023/1503 (370065A) | Each | | $30.93 | $123.72 |

Due to instability of raw materials costs, prices are subject to change without notice.

Remit to:
Brenner Tank Services LLC
PO Box 8566
Carol Stream, IL 60197-8566

| | |
|---|---|
| Subtotal | $610.28 |
| Trade Discount | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| **Total** | **$610.28** |

X _____
Received in good condition except as noted            Date

```
Brenner Tank Services LLC
6575 Airline Hwy
Baton Rouge LA   70805
Ph:  (225) 356-5050
     (000) 000-0000
Fax: (225) 356-6016
```



# Invoice

| | |
|---|---|
| Invoice #: | BAT 792893 |
| Date: | 11/7/2022 |
| Page: | 1 |
| Master #: | 406,730 |

**Bill To:**
GULF STATES TRUCK & TRAILER REPAIR
151 JACKIE BEE RD
LULING LA   70070

Ph: (800) 782-6572     Fax: (000) 000-0000

**Ship To:**
GULF STATES TRUCK & TRAILER REPAIR
10837 HWY 43 NORTH
CREOLA AL   36525

Ph: (000) 000-0000     Fax: (000) 000-0000

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Order Taken By |
|---|---|---|---|---|---|
| MOPO-0362 | GULFSTATESLULLA | TRAWICK | FEDEX GROUND | Net 30 | cmorgan |

| Ord | Ship | B/O | Item Number | Description | UOM | Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | NON-GIR-GQ86122 | EXT HYD PISTON | Each | $30.05 | $30.05 |
| 1 | 1 | 0 | NON-GIR-GQ86146 | EXT GUIDE RING 1" OD X 1/2D | Each | $5.46 | $5.46 |
| 1 | 1 | 0 | NON-GIR-GQ86180 | EXT VITON GFLT O-RING-210 | Each | $9.10 | $9.10 |
| 1 | 1 | 0 | NON-GIR-GQ86132 | EXT X-PAC LOADED U-SEAL | Each | $23.66 | $23.66 |
| 1 | 1 | 0 | NON-GIR-GQ86134 | EXT BACKUP RING | Each | $18.27 | $18.27 |
| 1 | 1 | 0 | NON-GIR-GQ86172 | EXT HYD U-SEAL | Each | $20.93 | $20.93 |
| 1 | 1 | 0 | NON-GIR-GQ86150 | EXT PTFE BUSHING 5/8 OD 3/8 ID | Each | $2.73 | $2.73 |
| 1 | 1 | 0 | NON-GIR-GQ86152 | EXT DTW WIPER 3/8 | Each | $2.73 | $2.73 |

Due to instability of raw materials costs, prices are subject to change without notice.

Remit to:
Brenner Tank Services LLC
c/o Wabash
PO Box 8566
Carol Stream, IL 60197-8566

| | |
|---|---|
| Subtotal | $112.93 |
| Tax | $0.00 |
| Freight | $25.00 |
| **Total** | **$137.93** |

X _____
Received in good condition except as noted        Date

Wabash National Trailer Centers.dog
6575 Airline Hwy
Baton Rouge    LA    70805
Ph:   (225) 356-5050
Fax:  (225) 356-6016



## Quote

| | |
|---|---|
| Quote | BAT QTE 7505864 |
| Date | 7/31/2023 |
| Page | 1 |

**Bill To:**

GULF STATES TRUCK & TRAILER REPAIR
151 JACKIE BEE RD
LULING LA   70070

Ph:  (800) 782-6572     Fax:  (000) 000-0000

**Ship To:**

GULF STATES TRUCK & TRAILER REPAIR
151 JACKIE BEE RD
LULING LA   70070

Ph:  (800) 782-6572     Fax:  (000) 000-0000

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Quoted By | Master No. |
|---|---|---|---|---|---|---|
| | GULFSTATESLULLA | MCCLENDON | BRENNER TRUCK | Net 30 | mlofton | 813,221 |

| QTY | Item Number | Description | UOM | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 8 | CON-10086814 | CONMET ALUM HUB - PRESET PLUS - TP, ABS, 10H HUB PILOTE | Each | $475.95 | $3,807.60 |
| 4 | CON-10086811 | CONMET ALUM HUB - PRESET PLUS - TN, ABS, 10H HUB PILOTI | Each | $421.17 | $1,684.68 |
| 8 | STM-340-4195 | STEMCO 6-BOLT HUBCAP FOR TP AXLE (366-4195) | Each | $31.74 | $253.92 |
| 4 | STM-300-4009 | STEMCO 6-HOLE TRAILER HUB CAP | Each | $12.01 | $48.04 |
| 120 | NLF-106333 | FLANGED NUT FOR HUB PILOTED WHEEL, M22 X 1.5" | Each | $2.82 | $338.40 |

**Thank you for the opportunity to quote your parts needs !!**

Due to instability of raw materials costs, prices
are subject to change without notice.

| | |
|---|---|
| Subtotal | $6,132.64 |
| Tax | $579.54 |
| Freight | $0.00 |
| Total | $6,712.18 |

**Visit our website at onewabash.com**