# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# MOBILE DIVISION

| | |
|---|---|
| JONATHAN RICHIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:24-cv-00218-JB-MU |
| ) | |
| QUALITY CARRIERS, INC., *et al.*, ) | Removed from the Circuit Court |
| ) | of Mobile County, Alabama |
| Defendants. ) | Case No.: 02-CV-2024-901315 |

## PLAINTIFF'S RESPONSE TO DEFENDANT MICHAEL D. JENNINGS' JOINDER IN QUALITY CARRIERS, INC.'S MOTION TO STRIKE

COMES NOW the Plaintiff, Jonathan Richie (hereinafter "Plaintiff"), and files his response to Defendant Michael D. Jennings' Joinder in Quality Carriers, Inc.'s Motion to Strike Pre-Judgment Interest. In support thereof, Plaintiff states the following:

1. Plaintiff adopts his arguments in Plaintiff's Response to Defendant Quality Carriers, Inc.'s Motion to Strike Pre-Judgment Interest as if fully set out herein. (Doc. 63).

Respectfully submitted,

*/s/Christine Hernandez*
Attorney for Plaintiff (HER051)

*/s/ Christopher A. Callaghan*
Christopher A. Callaghan (CAL074)

*/s/Brooke Kelly*
Brooke Kelly (POA001)
The Hernandez & Associates Firm, LLC
Attorneys for the Plaintiff

-1-

        1850 Airport Boulevard
        Mobile, AL 36606
        Telephone (251) 479-1477
        Fax (251) 650-0843
        callaghan@equalizingjustice.com
        christine@equalizingjustice.com
        brooke@equalizingjustice.com

        */s/ Nicholas Heath Wooten*
        Nicholas Heath Wooten (WOO084)
        Attorney for Plaintiff
        DJC LAW, PLLC
        1012 W. Anderson Ln.
        Austin, TX 78757
        Telephone (512) 220-1800
        Fax (512) 220-1801
        nick@teamjustice.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and/or U.S. Mail service will be perfected upon the following on this the 9th day of October, 2024.

Russell C. Buffkin
Karen L. Tucker
Helmsing Leach Herlong Newman & Rouse, P.C.
P.O. Box 2767
Mobile, AL 36652
*Attorneys for Brenner Tank, LLC*

Dennis Oscar Vann, Jr.
Thomas W. Oliver, II
Carr, Allison, Pugh, Oliver & Sisson, P.C.
100 Vestavia Parkway, Suite 200
Birmingham, AL 35216
*Attorneys for Quality Carriers, Inc.*

Jeremy Patrick Taylor
Carr Allison
6251 Monroe Street, Suite 200 Daphne, AL 36526
*Attorneys for Quality Carriers, Inc.*

Adam M. Milam
Milam & Milam, LLC
20252 Highway 181, Suite C Fairhope, Alabama 36532
*Attorney for Girard Equipment, Inc.*

Sean W. Shirley
Johnny L. Banks, III
BALCH & BINGHAM LLP
1901 6th Avenue North, Suite 1500 Birmingham, AL 35203
*Attorneys for Gulf Coast Express Carriers*

William Steele Holman, II
Speegle, Hoffman, Holman & Holifield, LLC P. O. Box 11
Mobile, Alabama 36601
*Attorney for Michael Jennings*