**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JONATHAN RICHIE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| Vs. | § | **CIVIL ACTION NUMBER** |
| | § | |
| **QUALITY CARRIERS, INC., GIRARD** | § | **1:24-cv-00218** |
| **EQUIPMENT CO., GULF COAST** | § | |
| **EXPRESS, INC., BRENNER TANK, LLC** | § | |
| **and MICHAEL JENNINGS, etc.,** | § | |
| | § | |
| **Defendants.** | § | |

**PLAINTIFFS' CONSENT MOTION FOR LEAVE TO FILE**
**SECOND AMENDED COMPLAINT**

The Plaintiff in this action seeks leave to file a second amended complaint. The Plaintiff has presented his proposed second amended complaint to all Defendants. All Defendants have consented to the proposed second amended complaint. As grounds for the amendment, Plaintiff would show as follows:

**FACTS**

The proposed second amended complaint ("SAC") adds twenty additional plaintiffs represented by the same counsel whose claims arise from the acid spill occurrence on May 13, 2024, in Creola, Alabama. The SAC eliminates claims of product liability and removes Girard Equipment Company from the case. All Plaintiffs would be pursuing negligence and wantonness claims against only Quality Carriers, Inc., Gulf Coast Express, Inc., and Michael Jennings. Girard Equipment Company would be dismissed from the litigation by virtue of the amendment.

The SAC would align all known claimants in one action against the remaining defendants. The Parties have recently entered a scheduling order that should allow sufficient time for the

preparation of the case even with the additional plaintiffs. Plaintiffs presented the SAC to all Defendants and received their consent to the proposed amendment prior to bringing this motion. The SAC is attached as Exhibit 1 hereto.

## STANDARD

"Fed. R. Civ. P. 15(a) provides that a plaintiff may amend his **complaint** after the defendant has filed an answer either by leave of court or by written consent of the opposing parties." *Chickasaw Marine Servs., LLC v. Ladnier*, No. 1:23-cv-232-TFM-C, 2024 U.S. Dist. LEXIS 204227, at *4 (S.D. Ala. Nov. 8, 2024).

## CONCLUSION

All defendants have consented to this amendment. It would be proper for the Court to allow the amendment.

Date:   June 9, 2026.

Respectfully submitted,


/s/ Nick Wooten
Nick Wooten
Cheeley Law Group, LLC
2500 Old Milton Pkwy, Ste. 200
Alpharetta, GA 30009
770-814-7001
678-559-0273 (fax)
nick@cheeleylawgroup.com

Christine C. Hernandez
Hernandez & Associates
1850 Airport Blvd.
Mobile, AL 36606
251-479-1477
866-591-3145 (fax)
christine@equalizingjustice.com
*Attorneys for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I have served a copy of the foregoing on all counsel of record to this action by use of the CM/ECF system on this the 9th day of June 2025.

/s/ Nick Wooten_____
Nick Wooten

Sean W. Shirley
Johnny L. Banks, III
Balch & Bingham LLP
1901 6th Avenue North
Suite 1500
Birmingham, AL
205-226-8761
sshirley@balch.com
jbanks@balch.com
*Attorneys for Gulf Coast Express Carriers*


Jeremy P. Taylor
Carr Allison
6251 Monroe St. Ste. 200
Daphne, AL 36526
251-626-9340
251-626-8928 (fax)
jptaylor@carrallison.com
*Attorneys for Quality Carriers, Inc.*


Wm. Steele Holman, II (6027L49W)
Speegle, Hoffman, Holman & Holifield, L.L.C.
Post Office Box 11
Mobile, AL  36601
251.694.1700
sholman@speeglehoffman.com
*Attorney for defendant Michael Jennings*

Adam M. Milam, Esq.
Milam & Milam, L.L.C.
P.O. Box 310
Magnolia Springs, AL 36555
(251) 928-0191
amilam@milam-law.com
*Attorney for Girard Equipment Company*

3